AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| JOSE J. AYALA, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-01625 |
| NISSAN NORTH AMERICA, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSE J. AYALA, JR., on behalf of himself and as representative of other class members similarly situated.

Date:   09/03/2020

*/s/ Mitchell E. Grodman*
*Attorney's signature*

Mitchell E. Grodman/543713
*Printed name and bar number*
eclat Law LLP
307 Cranes Roost Blvd., Suite 2010
Altamonte Springs, FL 32701

*Address*

mgrodman@eclatlaw.com
*E-mail address*

(407) 636-7004
*Telephone number*

(888) 413-0249
*FAX number*