EXHIBIT INDEX

| NUMBER | TITLE |
|---|---|
| 1 | Demand Letter from Nissan Counsel |
| 2 | Letter accompanying Motion for Sanctions |
| 3 | Title screen of NNAnet.com |
| 4 | Jose Ayala training log |
| 5 | Nissan Assurance Products Resource Manual |
| 6 | NNAnet.com example bulletins |