# EXHIBIT 2

McGuireWoods LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661
Phone: 904.798.2629
www.mcguirewoods.com

**Thomas R. Brice**
Direct: 904.798.2629

tbrice@mcguirewoods.com

*<u>Via U.S. Mail and Electronic Mail</u>*

October 20, 2020

Kevin K. Ross-Andino
Jolynn M. Falto
Mitchell E. Grodman
Lisa E. Bolinger
307 Cranes Roose Boulevard #2010
Altamonte Springs, Florida 32701
Kevin.Ross@eclatlaw.com
jfalto@eclatlaw.com
mgrodman@eclatlaw.com
lbolinger@eclatlaw.com

      Re:    *Ayala v. Nissan* – Motion for Sanctions

Dear Counsel:

      Pursuant to the Federal Rules of Civil Procedure, a Rule 11 motion for sanctions must be served under Rule 5, but not filed or presented to the Court if the challenged pleadings are withdrawn or appropriately corrected within 21 days after service. In this case, there is no way to "correct" the fact that Nissan has never employed Mr. Ayala. As such, this Rule 11 motion is served on you with a demand that Mr. Ayala voluntarily dismiss the Complaint within 21 days. If he declines to do so, we will file this motion at that time.

      Regards,

      */s/ Thomas Brice*

      Thomas R. Brice

Enclosure