# EXHIBIT 3



# NNAnet2.0 Login - Iniciar sesión - S'identifier

Please enter your UserID below.

Username: [Username]

Password: [Password]

Submit

Nissan Security policy now requires that all profiles in NNAnet must be disabled if the user has not logged into NNAnet.com within the past 180 days. If you feel your user profile has been disabled, contact your NNAnet Dealer admin to have your profile changed to active status. If you are a corporate user, please reach out to the Nissan Service Desk.

Forgot/Reset Password (For Dealer Users Only)
Restart Login

