# EXHIBIT 4

# Training History - Jose Ayala

Print

| TRAINING CATEGORIES | COURSES | ASES | TECHNICIAN LEVELS |

**Courses**

| Name | Code | Hours | Status | Date |
|---|---|---|---|---|
| 0046-N-RainSensingWiperTips | 0046-N-RainWip_SMART | | Passed (100%) | 08/17/2015 07:29:37 PM PST |
| 01: Nissan LEAF Overall Vision | SCSNCEVOV | | Passed (80%) | 06/29/2010 08:22:27 PM PST |
| 0211-N-SDCard | 0211-N-SDCard_SMART | | Passed (100%) | 10/04/2015 09:58:54 AM PST |
| 02: Nissan LEAF Market Positioning and Target Buyer | SCSNCEVMPTB | | Passed (70%) | 06/29/2010 08:42:42 PM PST |
| 0321-Turbocharging101 | 0321Turbocharging10 | | In Progress | 11/16/2016 08:38:01 PM PST |
| 03: Nissan LEAF Battery and Charging | SCSNCEVBC | | Passed (80%) | 07/01/2010 03:57:44 PM PST |
| 04: Nissan LEAF Product Feature Overview | SCSNCEVPFO | | Passed (70%) | 07/01/2010 07:40:11 PM PST |
| 05: Nissan LEAF In-Home Charging Dock | SCANCEVICD | | Passed (100%) | 07/01/2010 07:57:35 PM PST |
| 06: Nissan LEAF Addressing Customer Concerns | SCSNCEVACC | | Passed (100%) | 07/01/2010 08:11:48 PM PST |
| 07-11: Nissan LEAF Customer Journey | SCSNCEVCJ | | Passed (60%) | 07/01/2010 08:32:06 PM PST |
| 12: Nissan LEAF Using the Customer Web Site | SCSNCEVUCW | | Passed (11%) | 07/01/2010 08:45:06 PM PST |
| 2004 Z Roadster - Soft Top Self-Study | NMTN2004ZROADTECH | | Passed | 05/16/2012 08:48:36 AM PST |
| 2005 Nissan Frontier & Xterra New Model Introduction | NMTN2005FRXT-OLT | | Passed | 05/11/2012 07:56:06 PM PST |
| 2007 Altima Hybrid New Technology | EHTN9902B | 16 | Passed | 08/18/2010 12:00:00 AM PST |
| 2007 Altima Hybrid Safety Introduction | EHTN9901A_OLT | 1.5 | Passed | 05/12/2010 12:19:11 PM PST |
| 2007 Altima Hybrid Safety Introduction Post Test | EHTN9901A_PT | | Passed (90%) | 06/28/2010 08:37:53 PM PST |
| 2007 Sentra New Technology | NMTN2007SENT-OLT | 1 | Passed | 07/06/2010 07:25:58 PM PST |
| 2008 EX35 New Model Introduction | NMTI2008EX35-OLT | 1 | Passed | 07/02/2010 10:44:31 PM PST |
| 2008 G37 Coupe New Model Introduction | NMTI2008GCOUPE-OLT | 1 | Passed | 01/21/2008 07:28:35 PM PST |
| 2008 Rogue New Model Introduction | NMTN2008ROGUE-OLT | 1 | Passed | 07/06/2010 08:39:10 PM PST |
| 2009 Murano New Model Introduction | NMTN2009MURANO-OLT | 1 | Passed | 07/02/2010 09:43:21 PM PST |
| 2010 370Z Roadster Convertible Top Operation | NMTN2010ZRDSTR-OLT | 1.5 | Passed | 01/10/2012 07:11:29 PM PST |
| 2011 Nissan Juke New Model Training | NMTN2011Juke-ILT | | Standby | |
| 2011 Nissan Murano CrossCabriolet New Model Training | NMTN2011MCC-ILT | | Withdrawn | 12/10/2012 09:57:14 AM PST |
| 2011 Nissan Quest New Model Training with CONSULT-III plus | NMTN2011Quest-ILT | 16 | Passed | 03/23/2011 12:00:00 AM PST |
| 2012 Nissan GT-R Introduction | HPTN2012A-OLT | 1 | Passed (95%) | 12/19/2012 07:46:03 PM PST |