# EXHIBIT 5



warranty ◊ f&i products ◊ pre-owned ◊ system ◊ new vehicle

# Assurance Products Resource Manual

**APRM2020-JANUARY**

NISSAN NORTH AMERICA, INC.

## POLICY REVISIONS

For complete details of all policies and procedures, please read all sections carefully.

NOTE:  The APRM is subject to change without notice, and may be amended from time to time. Amendments are effective immediately, unless otherwise specified. Always consult the electronic version of this Manual for the most current and updated information.

| Section Name | Section # | Revision Date |
|---|---|---|
| GENERAL INFORMATION | 1, 2 | 1/20 |
| WARRANTY | 2, 3, 4, 5, 7 | 1/20 |
| F & I | ALL | 1/20 |
| CPO | ALL | 1/20 |
| NEW VEHICLE | 1, 2, 3, 4, 5 | 1/20 |

**POLICY REVISIONS**

**The policies and procedures documented in this manual are those of Nissan North America, Inc and apply to all dealers equally unless state mandated laws state otherwise.**

# TABLE OF CONTENTS

**General Information – Resources** . . . . . . . . . . . . . . . . . . . . . . . . . . .   **G-1**

**General Information – Terms/Definitions.** . . . . . . . . . . . . . . . . . . .   **G-8**

**Warranty – Policies and Procedures Manual.** . . . . . . . . . . . . . . . . .   **W-1**

**Warranty – Policies** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **W-2**

**Warranty – Special Policies and Procedures** . . . . . . . . . . . . . . . . .   **W-87**

**Warranty – Special Service Claims** . . . . . . . . . . . . . . . . . . . . . . . .   **W-92**

**Warranty – Reports and Management Tools.** . . . . . . . . . . . . . . . . .   **W-97**

**Warranty – Legal Related Issues** . . . . . . . . . . . . . . . . . . . . . . . . .   **W-131**

**Warranty – Forms/Exhibits.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **W-135**

**F & I – Products Operations Manual** . . . . . . . . . . . . . . . . . . . . . . . .   **FI-1**

**F & I – Reports and Management Tools** . . . . . . . . . . . . . . . . . . . . .   **FI-2**

**F & I – Enrollment/Product Description** . . . . . . . . . . . . . . . . . . . . .   **FI-4**

**F & I – Security+Plus Vehicle Service Contracts (VSC)** . . . . . . . . .   **FI-6**

**F & I – Security+Plus Prepaid Maintenance Agreements (PMA).** .   **FI-11**

**F & I – Corporate Vehicle Maintenance (CVM)** . . . . . . . . . . . . . . .   **FI-13**

**F & I – QualityGuard+Plus Vehicle Service Contracts (VSC)** . . . . . . .   **FI-14**

**F & I – QualityGuard+Plus Prepaid Maintenance Agreements (PMA)** .   **FI-17**

**F & I – Ancillary Products** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **FI-18**

**F & I – Forms/Exhibits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **FI-31**

**Certified Pre-Owned Limited Warranties – CPOLW/CPO Wrap** . . .   **CPO-1**

**Certified Pre-Owned Limited Warranties – Forms/Exhibits** . . . . .   **CPO-8**

**System Section 1 – Claims** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **S-1**

**System Section 2 – Claims** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **S-21**

**System Section 2 – Troubleshooting Claims** . . . . . . . . . . . . . . . . .   **S-28**

**New Vehicle – Carrier and Dealer Delivery Procedures** . . . . . . . .   **NV-1**

**New Vehicle – Carrier Forms/Exhibits** . . . . . . . . . . . . . . . . . . . . .   **NV-11**

**New Vehicle – Claims** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **NV-15**

**New Vehicle – Storage** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **NV-20**

**New Vehicle – Pre-Delivery Inspection (PDI).** . . . . . . . . . . . . . . .   **NV-25**

**New Vehicle – Dealer Forms/Exhibits.** . . . . . . . . . . . . . . . . . . . . .   **NV-29**

## GENERAL INFORMATION
### TABLE OF CONTENTS

**General Information Section 1**
## Resources

1.1:     Phone Numbers ................................................................................................. G-1
1.2:     Warranty Resource Materials ........................................................................... G-1
1.2.1:   Flat Rate Manuals ............................................................................................ G-1
1.2.2:   Service Manuals .............................................................................................. G-2
1.2.3:   Bulletins ........................................................................................................... G-2
1.2.4:   Claims Bulletins ............................................................................................... G-2
1.2.5:   Technical Service Bulletins ............................................................................. G-2
1.2.6:   Parts and Service Bulletins ............................................................................. G-2
1.2.7:   Campaign Bulletins .......................................................................................... G-3
1.2.8:   Service Contract Bulletins ............................................................................... G-3
1.3:     Warranty Claims Call Center and Powertrain Call Center .............................. G-3
1.3.1:   Preparing for Assistance .................................................................................. G-3
1.4:     Service Contract Pre-Approvals Call Center ................................................... G-4
1.5:     Warranty Statements ........................................................................................ G-4
1.6:     Warranties offered by Nissan ........................................................................... G-5
1.6.1:   Replacement Parts Warranty ........................................................................... G-5
1.6.2:   Over-the-Counter Parts Warranty .................................................................... G-5
1.7:     Transferring Warranty Coverage ...................................................................... G-5
1.8:     Voiding/Canceling Coverage ............................................................................ G-6
1.9:     Directory ........................................................................................................... G-6

**General Information Section 2**
## Terms/Definitions

2.1:     Terms and Definitions ....................................................................................... G-8

GENERAL INFORMATION SECTION 1
RESOURCES

## 1.1: Phone Numbers

The following phone numbers are provided to help you contact the individual most likely capable of answering your questions:

| | |
|---|---|
| Warranty Claims Call Center | 800-258-7008 |
| Powertrain Call Center | 800-973-9992 |
| Service Contract Pre-Approval | 855-456-9544 |
| Vehicle Service Contracts | 800-362-4111 |
| Consumer Affairs | 800-647-7261 |
| QualityGuard+Plus | 800-888-5245 |
| Nissan Help Desk | 800-662-3282 |
| | • For NNAnet.com questions, select option 8 |
| | • For Virtual Academy questions, select option 6 |
| | • For dealer claims system or HOST application questions, select option 1 |
| Tech-Line | 800-662-3497 |
| Parts-Eye | 877-880-0816, select option 2 |
| DCS Helpdesk for Dealer Business System (DBS) | 855-699-0747 |

## 1.2: Warranty Resource Materials

Several claim management aids and information resources are available to Nissan dealers. These aids/resources provide additional information regarding policy and procedures, service procedures, and labor times.

Additionally, Nissan provides telephone assistance for questions regarding claims, service agreements, and technical/system support.

### 1.2.1: Flat Rate Manuals

Nissan publishes the Nissan Warranty Flat Rate Manual for use in service operations and claims processing. The Nissan Warranty Flat Rate Manual is available on NNAnet.com, in electronic format only.

The flat rate manual establishes the labor hours required to perform common service operations based on their respective focus. These flat rate times are tied directly to labor Operation Codes (listed in the manual) which are used on Work Orders and claims to document repairs/service.

In addition, the flat rate manual lists the corresponding Symptom and Diagnosis codes that are also necessary for completing Work Orders and claims.

## GENERAL INFORMATION SECTION 1
### RESOURCES

A dealer may make recommendations regarding established flat rate times, labor overlap, or suggestions for operations not currently covered.  Comment forms are located in the Warranty Flat Rate Manual under the  path: Resources tab>General Information>Flat Rate Review.

### 1.2.2: Service Manuals

Detailed service manuals are available on Automotive Service Information Support (ASIST) for each type of Nissan vehicle and updated as necessary. These manuals describe recommended Nissan repair or diagnostic procedures in detail.

Repair procedures described in the service manuals are used to establish flat rate times.

### 1.2.3: Bulletins

Nissan publishes electronic documents, called bulletins, to provide the dealer with the latest information. The information provided in these bulletins can be procedural,  a corrective action, support, announcements, etc. The following are types of bulletins Nissan publishes:

- Claims Bulletins
- Technical Service Bulletins
- Parts & Service Bulletins
- Campaign Bulletins
- Service Contract Bulletins

### 1.2.4: Claims Bulletins

As information in the Assurance Products Resource Manual requires updating or modification, Nissan releases Claims Bulletins to provide the latest information and procedural guidelines. NNAnet.com contains recently published claims bulletins.

These bulletins may be issued at any time and are important because they add to the body of information in this manual.

### 1.2.5: Technical Service Bulletins

These bulletins focus on service and repair procedures. Unlike Claims Bulletins, Technical Service Bulletins are available only on ASIST (Automotive Service Information Support) and NNAnet.com.

ASIST is an electronic technical information delivery system designed and developed by Nissan.

Note:  Nissan also publishes Parts Bulletins on a frequent basis, however, these bulletins are typically routed directly to the Parts Department within the dealer.  Information published in Parts Bulletins, that is pertinent to claims processing, is extracted and published as necessary in a Claims Bulletin.

### 1.2.6: Parts and Service Bulletins

Nissan publishes Parts and Service bulletins periodically announcing new programs and policies as it relates to service.

### 1.2.7: Campaign Bulletins

Nissan publishes electronic Campaign Bulletins periodically to identify corrective action pertaining to Nissan vehicles.  This includes items ranging from minor quality corrections (e.g., door trim) or customer satisfaction issues to major safety recall campaigns.

These bulletins are comprehensive in nature and include specific inspection and/or corrective action procedures, VIN applicability information, claims processing information and procedures, and other documentation as required. Campaign Bulletins are available on ASIST and on NNAnet.com.

Prior to submitting a claim for performance of a campaign, the dealer must ensure that the claim adheres to the guidelines and information contained in the Campaign Bulletin.

> Note: There are serious legal implications for Nissan and Nissan dealers associated with campaigns. Close adherence by dealers to guidelines published in Campaign Bulletins is mandatory.

### 1.2.8: Service Contract Bulletins

Nissan publishes electronic-based Service Contract Bulletins periodically to update information specific to the management and administration of service contracts.  This includes procedural guidelines, program announcements and coverages, and Dealer Rate Guides, et al.

### 1.3: Warranty Claims Call Center and Powertrain Call Center

In an effort to assist dealers with suspended claims issues and pre-authorization of repairs over DCAL, the Warranty Department maintains two call centers. The Warranty Claims Call Center and the Powertrain Call Center are designed to assist dealers in improving their claims administration performance.

Warranty Claims Call Center Representatives evaluate repair requests for pre-approval and suspended claims. The WCCC also provides claims coding support information, recommending what action should be taken to accurately process claims. Representatives staff the call center M-F, 7:00 a.m. - 7:00 p.m. Central Time.

Powertrain Call Center Representatives provide pre-approvals for all CVT replacement requests, all engine replacement requests, and administer LEAF Lithium Ion Battery (lib) warranty and customer pay replacements. PCC also provides technical support for special claims programs. Representatives staff the call center M-F, 7:00 a.m. - 7:00 p.m and on Saturday from 8:00 a.m - 2:00 p.m. Central Time.

Keep in mind that Representatives staffing both call centers do not create policies or procedures. They simply adhere to the policies and procedures that management and legal have created and approved.

### 1.3.1: Preparing for Assistance

To ensure the most expeditious and efficient handling of your claims question, it is important that you be prepared when you call. Before calling the Warranty Claims Call Center or the Powertrain Call Center, consider the following:

- Only call when you need help determining how to get a suspended claim (e.g., warranty, Security+Plus, campaign) approved.

- First look for your answer based on the code(s) on the Suspended Claim Report and information in the pertinent manuals, such as the APRM, the Nissan Warranty Flat Rate Manual (WFRM), etc.

## GENERAL INFORMATION SECTION 1
### RESOURCES

- If your problem relates to the Dealer Communication System (DCS), contact support at 855-699-0715.

- The call center phone lines are busiest in the morning and at month end. The Warranty Claims Call Center is staffed M-F from 7:00 a.m. - 7:00 p.m and the Powertrain Call Center is staffed M-F from 7:00 a.m. - 7:00 p.m and Saturdays from 8:00a.m. - 2:00 p.m. Central Time.

- Have your system up and running before calling.

- Have the following information and reference materials available when you call:

  - APRM, WFRM, related bulletins

  - Claim documentation (Work Order, tech notes, sublet bills)

  - Dealer Code

  - Claim disposition report (if applicable)

  - Completed Claims Pre-Approval Checklist

  - Pre-Call Form (Found in ASIST)

  - Categorize your claim questions according to "suspension code/message". This enables the Call Center representative to focus on a single claim from each category, rather than spend time going through different claims within each category.

## 1.4: Service Contract Pre-Approvals Call Center

A claims specialized support organization operated by NESNA providing Service Contract and Certified Pre-Owned (CPO) claim pre-approval under the following conditions:

1. A claim that exceeds a Dealer's Service Contract DCAL of $150.

2. A claim over Service Contract DCAL.

3. All CVT Transmission replacements or Engine assembly replacements; regardless of Service Contract DCAL limit.

Representatives also provide Service Contract claims coding support information recommending what action should be taken to accurately process claims. The claims call center is staffed M-F 8:00 a.m.- 6:00 p.m. and on Saturday from 10:00 a.m. to 2:00 p.m. Central Time. Telephone: 855-456-9544

Note: Security+Plus Prepaid Maintenance claims do not require pre-approval.

## 1.5: Warranty Statements

Warranty Statements can vary by model and model year. The Warranty Information Booklet provided with the new vehicle is the source of the applicable warranty statements. Warranty Information Booklets can be found at nissanusa.com>For Owners>Manuals & Guides. In addition, Service Comm and National Service History (NSH) are other sources for warranty coverage.

Note: Other warranties not offered by Nissan include Tires and Bedliners. These warranties are covered by the Tire and Bedliner Manufacturer. Please see the Warranty Information Booklet for more detail.

# GENERAL INFORMATION SECTION 1
## RESOURCES

## 1.6: Warranties offered by Nissan

All new Nissan vehicles automatically come with a suite of limited warranties providing comprehensive coverage backed by Nissan North America. These warranties include:

- Emissions Control Warranties -This includes emission defects and emission performance warranties for both Federal and California emission-equipped vehicles.

- New Vehicle Limited Warranties - This includes the Basic and Powertrain warranties.

- Seat Belt Warranty - This warranty is limited to the actual seat belt system in the vehicle. Airbags and related electronic components are covered under the New Vehicle Limited Warranty.

- Replacement Parts - Nissan also warrants replacement parts supplied by Nissan for use on Nissan vehicles.  In general, the duration of a warranty for a replaced part may extend beyond any applicable existing vehicle warranty, but will not expire prior to the end of the applicable vehicle warranty. If the part or accessory to be repaired was originally installed by an authorized Nissan dealer, it will be removed and reinstalled after repair at no charge for parts and labor. If the  part or accessory was not installed by an authorized Nissan dealer, the part or accessory will be repaired or exchanged only.

## 1.6.1: Replacement Parts Warranty

- Replacement Parts and Accessories Limited Warranty - This warranty covers replaced parts for 12 months/12,000 miles, whichever occurs first (unlimited mileage for audio components) regardless of whether the parts are installed by the dealer.

- Replacement Battery Warranties - The warranty for prorated coverage for replacement batteries is determined by the replacement battery's manufacturer, i.e., Johnson Controls, Inc. (JCI) or Interstate Battery Systems of America (IBSA).

- Lifetime Replacement Panel Corrosion Limited Warranty - This warranty provides lifetime coverage for perforation (rust through) of a Nissan body panel due to corrosion.

## 1.6.2: Over-the-Counter Parts Warranty

Parts purchased "over-the-counter" and NOT installed by a Nissan dealer are also covered by the Limited Replacement Parts Warranty.

However, only the cost of the part is covered, not the cost of the labor. Work Orders for over-the-counter parts are completed as Primary Part (PP) Work Orders. The current Work Order must list the VIN, as well as the numbers of both the original and second sales receipts. Copies of both must be attached to the current Work Order and filed in the Vehicle Service History File.

Warranties pertaining to replacement parts are provided by Nissan (except for Replacement Batteries), are included with the purchase of the part(s), and are not separately priced or purchased by either the dealer or the vehicle owner.

## 1.7: Transferring Warranty Coverage

Coverage under any of Nissan warranties (excluding CPO) can be transferred to a vehicle's subsequent owners.

> Note: Nissan reserves the right to void warranties, in whole or in part, under certain circumstances.

## GENERAL INFORMATION SECTION 1
### RESOURCES

The suite of New Vehicle Limited Warranties apply to vehicles originally sold by an authorized Nissan dealer, registered in the United States, and normally operated in the United States, or Canada.  All warranties provided to the original vehicle owner automatically transfer to any subsequent owners of the vehicle during the warranty period.

There are essentially two ways in which vehicle ownership records can be updated to reflect a change in ownership:

- The Warranty Information Booklet supplied with each new vehicle contains a postage-paid card for changing ownership information. The new owner of the vehicle should complete this form and send to Nissan to update the master records.

- Owner can contact Consumer Affairs at 800-647-7261 and have the Master File updated.

Note: Details on transferring a CPO warranty are found in the CPO section.

### 1.8: Voiding/Canceling Coverage

A vehicle's warranty may be voided by the warranty's own terms by either #1 or #2 below.  In addition, a specific repair may be expressly excluded from reimbursement by the terms of the warranty, e.g., #3 or #4.  See the Warranty Information Booklet for a much more detailed listing of express exclusions and limitations.

A warranty issued by Nissan is never cancelled but may occasionally be rendered void by operation of the warranty itself. In addition, improper use or maintenance may exclude claims from coverage under the warranty. The warranty statements detail specific owner responsibilities for the care and maintenance of the vehicle.

In specific, identified and disclosed situations, Nissan may selectively void a portion of the new vehicle warranty and sell a particular vehicle as a used unit with no or partial warranty (e.g., no paint coverage). Conditions under which Nissan's warranties and/or Nissan's Certified Pre-Owned Limited Warranties may be voided, in whole or in part or repairs excluded from coverage, include but may not be limited to the following:

1. Tampering of the vehicle's odometer or other conditions in which Nissan is unable to determine the accurate vehicle mileage.
2. Issuance of salvage or similar vehicle title, or other condition in which the vehicle has been declared a total loss (or equivalent) by an insurance company.
3. Failure of the vehicle owner to maintain the vehicle according to the manufacturer's recommendations detailed in the Owner's Manual.
4. Modification of the vehicle from the original factory specifications.

### 1.9: Directory

For further information on our products, dealers may call the Vehicle Service Contract Dealer Hotline at (800) 362-4111:

|  | Menu Option |
|---|---|
| Assistance with application processing, transfers or cancellations (including QualityGuard+Plus) | 1 |
| Guaranteed Auto Protection (GAP) and Ancillary Policies | 2 |
| Nissan Dealer Claims | 3 |

## GENERAL INFORMATION SECTION 1
### RESOURCES

|  | Menu Option |
|---|---|
| Infiniti Retailer Claims | 4 |
| QualityGuard+Plus Claims | 5 |
| Service Payment Plan Program (SPP) | 6 |
| Certified Pre-Owned (CPO) Carfax | 7 |

**Alternate Dealer Direct Toll-Free Numbers**

| | |
|---|---|
| Nissan Consumer Affairs | 1-800-647-7261 |
| Nissan Roadside Assistance | 1-800-225-2476 |
| Materials Order Status Check | 1-800-247-5321 |
| Security+Plus Claims | 1-800-258-7008 |
| Service Contract Pre-Approval | 1-855-456-9544 |
| QualityGuard+Plus VSC & PMA Claims | 1-800-888-5245 |
| QualityGuard+Plus Roadside Assistance | 1-800-225-2476 |
| 0% Consumer Finance Plan (SPP) | 1-800-346-5990 |
| Security+Plus Branded Ancillary Plan Assistance | 1-800-338-2680 |
| CARFAX | 1-800-274-2277 |
| Lease Wear & Tear Claims Administrator | 1-866-910-5547 |
| | • select option 3 |
| | • then select option 1 |

**Customers may call (800) 647-7261 for information regarding their service or maintenance agreement.**

**TO ORDER FORMS AND BROCHURES**

1. Go to www.nnanet.com
2. Go to "My Links" tab
3. Under "Dealer Operations," choose "Dealer Materials Ordering" link
   The link will redirect to www.nissanordering.nnanet.com
4. Choose Forms/Service Manuals/Brochures...

## GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

**2.1: Terms and Definitions**

# A

| | |
|---|---|
| **Add-On (Work Order)** | A repair action added to the Work Order after initial write-up and approval by the customer. Pre-approval by the Service Manager or higher and the customer must be obtained for all add-on repairs; Shop foremen and technicians are not authorized to add repairs to the Work Order. All add-on repairs must start with the words 'add-on' on the work order and in the Technician and service advisor comment fields. |
| **Adjusted Price** | The price of a part after dealer markup. For non-Nissan parts and parts where pro-rata applies (e.g., batteries), this price is equal to Dealer Net. |
| **Aftermarket** | Non-OEM products not designed, sold, or approved by Nissan North America, Inc., and generally intended to be installed on a vehicle after it has been purchased from Nissan. |
| **Application** | A request for service agreement coverage. |
| **Assurance Product** | A type of contract between Nissan and its customers dealing with the service and repair of the vehicle. Assurance Products include warranties, campaigns, and service agreements. Warranties apply to new or used vehicles and parts; service agreements may apply to either new Nissan vehicles (Security+Plus), pre-owned Nissan vehicles (Security+Plus), or used non-Nissan vehicles (QualityGuard+Plus). Maintenance+Plus agreements may apply to new or used Nissan vehicles. |
| **Audit** | An inspection by Nissan of the dealer's records to determine compliance with Nissan policies and procedures and the Dealer Sales and Service Agreement. Non-compliance may result in a chargeback of funds paid to the dealer or other remedies to be applied according to Nissan Corporate policy. |
| **Authorization** | Approval from Nissan either by the Warranty Claims Call Center, the Powertrain Call Center, Service Contract Call Center, or Regional Representative. |

GENERAL INFORMATION SECTION 2
TERMS/DEFINITIONS

## B

**Bill of Lading**
A document which details the materials being transported and is used by some transport companies to note transportation damage at each point the vehicle changes hands, including when it is checked in at the dealership.

## C

**Campaign**
The entire process of notifying customers of a safety, emissions, or other service-related repairs, and making the necessary repairs or adjustments to all vehicles specifically affected.

**Carrier Delivery Receipt (CDR)**
A form used by most transportation carriers to document vehicle receipt and the results of the receiving inspection. Each vehicle being shipped has its own CDR.

**Chargeback**
An action taken by Nissan to reverse prior payment of a claim amount which has been subsequently determined to be in non-compliance with Nissan's policies and procedures.

**Claim**
A request for reimbursement for parts, labor, or expenses covered by an Assurance Product.

**Claims Register**
A record of claims submitted to Nissan. The claims register helps the dealership keep track of the status of each claim.

**Clear Coat**
The final coat of paint on a vehicle.

**Code**
A short sequence of numbers and/or letters which stand for specific information. Nissan uses codes in claims administration to indicate exact parts, labor operations, and for other reasons.

**Color Coat**
The paint coat which identifies the color of the vehicle. This coat is below the clear coat.

**Concealed Damage**
Damage to a new vehicle which is not detectable during a regular transportation damage inspection, such as undercarriage damage.

**Coverage Code**
A two-character code used to indicate responsibility for payment or reimbursement of parts, operations, and/or expense items associated with a repair. Coverage codes are assigned for the Work Order Line and Detail items.

### GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

| | |
|---|---|
| **Covered Component** | A part of the vehicle which is protected by a warranty or service agreement. |

## D

| | |
|---|---|
| **Damage Code** | A five-digit number code which precisely describes the location, type, and severity of transportation damage to a vehicle. |
| **DBS (Dealer Business System)** | Dealer Business System Communication Suite, including sales, office, warranty, and administration. |
| **DCAL (Dealer Claims Admininstration/ Authorization Limits)** | Dealer Claims Administration/Authorization Limits. Dealers may approve some claims without Nissan approval. DCAL privileges and limits are established by Nissan. |
| **Dealer Obligor** | See "Obligor" |
| **Dealer Net** | The cost paid by a dealer for a replacement part. This amount does not include markup. |
| **Debit** | See "Chargeback" |
| **Deductible** | An amount paid by the customer for a service agreement claim or some limited warranties. |
| **Delayed Notification of Inspection** | If a vehicle cannot be inspected for transportation damage immediately upon delivery to the dealership, that fact is noted on the delivery documents. A notification must be written within 48 hours after it is inspected if transportation damage is found. |
| **Delivery Document** | A document used to note transportation damage when it is checked at the dealership. It may be a form used by the carrier. Examples are "Carrier Delivery Receipt" and "Straight Bill of Lading". |
| **Denied Claim** | A claim recorded in the claims payment system which was refused for payment by Nissan. |
| **Diagnosis Code** | A two-character code assigned by the Technician to describe what was found wrong with the vehicle. |
| **Diagnostic Time** | The time required to determine the cause of a customer complaint. |

## GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

## E

| | |
|---|---|
| **Expense Code** | A three-digit code used to record supply and service expenses associated with a repair. These expenses include items such as engine oil, brake fluid, paint, towing, rental car, etc. |

## F

| | |
|---|---|
| **Flat Rate Time** | The time (established by Nissan) required to perform a labor operation. |
| **Flagged** | A notation of Technician(s) labor time posted to the Work Order hard copy. |
| **Foreign Distributor** | Any distributor outside the United States who is not an associate distributor. |
| **FRT** | See "Flat Rate Time" |

## G

| | |
|---|---|
| **Goodwill** | Efforts by the dealer and Nissan to enhance customer loyalty. Goodwill efforts are made on a case-by-case basis. |

## H

| | |
|---|---|
| **Hard Copy** | The Technician's copy of the Work Order containing the Technician's notes. |
| **Header Data** | The information taken from the Work Order that describes the customer, the vehicle, and the dealer. This information applies to all Work Order Lines associated with the Work Order. |

## I

| | |
|---|---|
| **Internal Work Order** | A Work Order written to define repairs absorbed by the dealership. |

## GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

**In-Service Date** — The warranty period begins on the date the vehicle is delivered to the first retail buyer or put into use, whichever is earlier.

## L

**Labor Operation** — A standard repair procedure identified in Nissan's Warranty Flat Rate Manual. Each labor operation specifies the time an average technician, using the proper tools, should take to make the particular repair.

**Lienholder** — The person or company who loaned a purchaser money to buy the vehicle and/or service agreement and holds a security interest in the vehicle.

**Line Detail** — The specific parts, operations, or expenses associated with a Work Order Line.

**Line Type** — A two-character code used to indicate the type of Work Order Line being submitted as a claim. There are currently four Line Types (PP, PO, CM and PD). Also known as "Work Order Line Types."

## M

**Maintenance+Plus** — A pre-paid maintenance agreement available for new Nissan vehicles. The agreement covers vehicle servicing according to maintenance interval, plan level, and duration of agreement.

**Manufacturer Obligor** — See "Obligor"

**Markup** — An adjustment applied to Dealer Net to allow for reasonable profit. Nissan approved markup is 40% for 1993 and newer models and 30% for earlier models.

**Mechanical Breakdown** — The inability of a covered part to perform the function(s) for which it was designed, due solely to defects in materials or faulty workmanship.

**MM/DD/YYYY** — The Nissan-preferred way to write a date on a claim using month, day, and year; for example, "June 8, 2018" is written "06/08/2018".

### GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

| | |
|---|---|
| **Monroney Label** | The sticker which states the manufacturer's suggested retail price of the vehicle and its factory-installed accessories, EPA gas mileage estimates, and other consumer information. |
| **MSRP** | Manufacturer's Suggested Retail Price for parts on new vehicles. |

## N
_____

| | |
|---|---|
| **NDF** | No Defect Found |
| **NCIS** | Nissan Claims Inspection Services |
| **NESNA** | Nissan Extended Service North America |
| **NissanNet** | The electronic data transfer system used to send information between the dealership and Nissan. |
| **NMAC** | Nissan Motor Acceptance Corporation. |
| **NMX** | Nissan Mexicana. |
| **NNA** | Nissan North America, Inc. |

## O
_____

| | |
|---|---|
| **Odometer** | The meter, usually located in the speedometer, which records the elapsed vehicle mileage (or kilometers). |
| **Obligor** | The party ultimately responsible for the payment of claims. Obligated parties can include the dealer, the "Manufacturer" (for example, Nissan, NESNA). |
| **Op Code** | A six-character code that describes the labor operation performed to repair the vehicle. Also known as Operation Code. See "Labor Operation." |

## GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

## P

| | |
|---|---|
| **Paint Guard Film (PGF)** | A protective film applied to a vehicle to protect the paint from environmental damage prior to dealer delivery. |
| **Powertrain Call Center (PCC)** | The claims specialized support organization operated by Nissan's Warranty Department. Inquiries regarding Claims Pre- Approval for all CVT Transmission, Engine assemblies, and LEAF Lib warranty and customer pay replacements should be directed to the PCC. Telephone: (800) 973-9992. |
| **Pre-Delivery Inspection (PDI)** | An item-by-item inspection required to be performed on a new vehicle prior to vehicle delivery to the customer. |
| **Primary Failed Part** | The part number of a part which caused a repair action to be needed. |
| **Primary Operation (PO)** | The six-character Op Code that describes the primary work area or item that is adjusted. |
| **Pro-Rata** | A payment schedule based on the amount of service already provided by a battery. Parts subjected to pro-rata adjustment are not eligible for dealer markup. |

## Q

| | |
|---|---|
| **QualityGuard+Plus** | A NESNA administered service agreement that covers selected non-Nissan vehicles. |

## R

| | |
|---|---|
| **R&I (Remove and Install)** | Remove and Install: A standard procedure where a component is removed and the same part is reinstalled. Usually performed to facilitate another repair. |
| **R&R (Remove and Replace)** | Remove and Replace: A standard repair procedure where a component is removed and replaced with a new or remanufactured component. |

## GENERAL INFORMATION SECTION 2
### TERMS/DEFINITIONS

| | |
|---|---|
| **Recall Campaign** | A process by which the manufacturer notifies the owner of a safety- related vehicle defect, and may offer to repair all or part of the defect as part of a "recall campaign". |
| **Refinish** | A paint repair which requires working below the primer coat of paint. See "Clear Coat" and "Color Coat." |
| **Rejected Claim** | A claim which cannot be processed by Nissan. |
| **Repurchased Vehicle (Customer)** | A vehicle acquired into dealer inventory, with Nissan financial assistance, either via auction or vehicle tradeout. |
| **Retail** | The price paid by the retail customer for dealership services or goods. |
| **Retail Delivery Report (RDR)** | Official notification to Nissan of the sale of a vehicle which becomes the effective warranty start date. |

## S

| | |
|---|---|
| **Salvage Title** | A type of brand a State places on a vehicle title associated with a vehicle which was considered a total loss by an insurance company. A vehicle which has (or had) a salvage title is not covered by warranty or service agreement. |
| **Security+Plus** | A NESNA backed service agreement that covers new and pre-owned Nissan vehicles for "mechanical breakdown." |
| **Service Agreement** | A contract between the customer and Nissan which, according to its terms, may cover the cost of parts, labor, or other expenses for a "mechanical breakdown." The customer must apply for a service agreement and Nissan must approve it before it is valid. Sometimes called a "service contract." |
| **Service Contract Pre-Approval Call Center (SCACC)** | A claims specialized support organization operated by NESNA. Inquiries regarding Service Contracts Claims Pre-Approval for CVT Transmission replacement, Engine assembly replacement, and repairs over SC DCAL should be directed to the SCACC. Telephone: 855-456-9544 |
| **Service File** | A dealership file containing a vehicle's service record, including Work Orders, sublet receipts, records of customer contacts, and goodwill offers. Also known as the Vehicle Service History File. |

GENERAL INFORMATION SECTION 2
TERMS/DEFINITIONS

| | |
|---|---|
| **Service Campaign** | A process by which the manufacturer notifies owners of a non-safety - vehicle defect, and may offer to repair all or part of the defect as part of a "campaign." |
| **Split Coverage** | A claim situation in which the responsibility for payment is shared among two or more parties (e.g., dealer, customer, Nissan). Coverage may be split or shared within the Line Detail (for example, of four parts replaced, two may be covered by the factory, one by the dealer, and one by the customer). |
| **Straight Time** | Separately documented time charged for a labor operation not covered by a flat rate operation. Straight time may be used for repairs for which there are no Op Code/FRT's available. Additionally, straight time should be used to accommodate repairs where the technician does not completely perform a flat rate operation as described in the complete operation description, or where unforeseen problems occur when completing a repair. |
| **Sublet** | Labor operations subcontracted by the dealership to another business. |
| **Suspended Application** | A service agreement application which has been submitted for processing but is incomplete. Dealers are notified of suspended applications and are responsible for correction and resubmission. |
| **Suspended Claim** | Claims which have been received by Nissan but not approved are called "suspended." They are being reviewed, returned, or corrected. |
| **Symptom Code** | A two-character code assigned by the Service Advisor to describe what the customer said was wrong with the vehicle. |

## T

| | |
|---|---|
| **Table Download** | A process in the New Claims System where specific claim-related data tables are copied from the Host system for use by the dealership in-house system. Once "downloaded," the dealership local tables must be updated with the new data. |
| **Time Stamp** | A clocking indicator (for each repair) on a Work Order indicating the time a Technician started and ended work on a repair. |

GENERAL INFORMATION SECTION 2
TERMS/DEFINITIONS

| | |
|---|---|
| **Transfer** | An Assurance Product may be bought or sold. A transfer happens when the ownership of an Assurance Product changes hands. |
| **Transportation Claim** | A claim prepared and submitted by the dealer to recover costs of repairing vehicle damage caused by the transportation company. Transportation damage claims are between the dealership and the carrier company which transported the vehicle to the dealership. Nissan coordinates these claims as a courtesy to dealers. |

## U

| | |
|---|---|
| **Undercarriage** | Underside of the vehicle. |

## V

| | |
|---|---|
| **Vehicle Transportation Claims Program** | A program by which Nissan assists the dealer in filing a transportation claim. |
| **VIN** | Vehicle Identification Number. |
| **VOR (Vehicle Off Road)** | A condition wherein a vehicle is not considered safely drive-able. This condition is typically cause for expediting required parts. |

## W

| | |
|---|---|
| **Warranty** | A contract between the manufacturer and retail purchaser generally concerning service and repair of vehicles and parts. Warranties applicable to Nissan vehicles are defined in the Warranty Information Booklet provided with each vehicle. |
| **Warranty Claims Call Center (WCCC)** | The claims administrative support organization operated by Nissan's Warranty Department. Inquiries regarding general Claim Pre- Approval, repairs over DCAL, Claim Coding Assistance, and Claim Debit/Credit Adjustments should be directed to the WCCC (800) 258-7008. |

**GENERAL INFORMATION SECTION 2**
**TERMS/DEFINITIONS**

| | |
|---|---|
| **Warranty Information Booklet** | A booklet detailing the Nissan limited warranties and may refer to warranties covered by others which are given to the customer at the time the vehicle is purchased. |
| **Warranty Statements** | Terms of the warranties listed in the Warranty Information Booklet. Replacement part Warranty Statements are located in NNAnet (My Documents – Warranty – Warranty Statements) for retailers to print and to supply to customer's with purchased parts |
| **Wholesale** | The price charged by a distributor to a retailer. |
| **Work Order** | The form on which an inspection, a repair, or a maintenance operation is initiated and billed to the retail customer, the manufacturer, or internal to the dealership. |
| **Work Order Line** | The portion of a claim which corresponds to a single job or repair action recorded on a Work Order. For Work Orders having multiple repairs, each repair is considered a separate Work Order Line. Also known as a "Line." |

# WARRANTY POLICIES AND PROCEDURES MANUAL

### PUBLICATION

This Warranty Policies and Procedures Manual replaces all previous editions of the manual. This manual constitutes the "Warranty Manual" specified in Section I(T) and Section 5 of the Standard Provisions of the Nissan Dealer Sales and Service Agreement (Agreement). As specified in the Agreement, warranty repairs and such other inspections, repairs, service or corrections to Seller's (as defined in the Agreement) products as may be approved or authorized by Seller to be made at Seller's expense shall be performed in accordance with the provisions of this manual.

### ASSURANCE PRODUCTS RESOURCE MANUAL

In response to dealer requests to develop a more user-friendly claims administration process, Nissan North America, Inc. (Nissan) has promulgated an Assurance Products Resource Manual which, in general, provides dealers with a single source of applicable policies and procedures pertaining to administration of Nissan warranties and F&I Products.

### INCORPORATION

Dealers are to perform all service, repair and other obligations required by the Agreement in accordance with the policies and procedures specified in the Nissan Assurance Products Resource Manual which is hereby incorporated by reference into this Warranty Policies and Procedures Manual.