# EXHIBIT 6



# CLAIMS REMINDER BULLETIN

**NISSAN NORTH AMERICA, INC.**
National Headquarters
One Nissan Way
Franklin, TN 37067

---

Reference: WBR/11-011     Date: February 18, 2011

TO:        Service Manager, Service Advisors, and Claims Administrator

SUBJECT:   Claims Reminder Bulletin: Claims Pre Approval Checklist Reissue

The Warranty Department would like to remind you that before requesting a pre-approval, it is important that the service department determines the vehicle's warrantable cause of failure. To help expedite the pre-approval process it is recommended to have the following information available **before** contacting the Claims Call Center at (800)258-7008, option 7:

WARRANTY PRE-APPROVAL   ☐ GOODWILL PRE-APPROVAL    ☐ SERVICE CONTRACT PRE-APPROVAL

| | |
|---|---|
| 1) DEALER NUMBER: | 2) WORK ORDER NUMBER & LINE NUMBER: |
| 3) VEHICLE IDENTIFICATION NUMBER: | 4) WORK ORDER OPEN DATE: |
| 5) VEHICLE MILEAGE/OPEN MILEAGE: | 6) PFP/PO/CAMPAIGN ID: |
| 7) CUSTOMER NAME: | 8) CUSTOMER PHONE NUMBER: |
| 9) CUSTOMER COMPLAINT: | |
| 10) CAUSE OF FAILURE:<br><br>*DIAGNOSTIC INFORMATION AND EXTENT OF DAMAGE WILL BE REQUESTED* | |
| 11) RECOMMENDED REPAIRS: | |
| 12) NISSAN SEC+PLUS POLICY: | 13) AFTER MARKET SERVICE CONTRACT:<br>*Y/N* |
| 14) IS THIS REPAIR OVER DCAL: | 15) SERVICE BULLETIN REFERENCE NUMBER: |
| 16) MAINTENANCE RECORDS:<br><br>*AVAILABLE UPON REQUEST* | |
| 17) PARTS AMOUNT:<br><br>*PARTS AMOUNT BREAKDOWN MAY BE REQUESTED* | |
| 18) LABOR AMOUNT:<br><br>*WARRANTY LABOR HOURS BREAKDOWN MAY BE REQUESTED* | |
| 19) EXPENSE AMOUNT:<br><br>*EXPENSE AMOUNT BREAKDOWN MAY BE REQUESTED* | |
| 20) TOTAL CLAIM AMOUNT: | |

VCAN REFERENCE NUMBER: _____

**Please Note: The completion of the Claim Approval Checklist does not guarantee claim approval. It also does not supersede Work Order documentation requirements.**

Questions concerning this bulletin may be directed to the Warranty Claims Call Center.

WARRANTY DEPARTMENT

# NISSAN
## CVT Pre-Authorization
### Repair and/or Replacement

Reference: WBP/20-006
Date: February 17, 2020

**Attention:** Service Managers, Parts Managers, Warranty Administrators and Technicians

This Bulletin replaces bulletin WBP/18-020. This version is to provide awareness to the updated policy regarding Pre-Authorization and assistance for CVT related repairs or replacements outside of DCAL.

Effective February 17, 2020 the Powertrain Call Center will be the point of contact for pre-authorization and suspended claims assistance.

### CVT Assembly Pre-Authorization

Dealers are required to continue to follow the diagnosis and pre-authorization process outlined below for all CVT assembly under Warranty (including over the counter parts warranty) and Goodwill (regardless of DCAL) or Campaign. As a reminder, obtaining CVT assembly pre-authorization is reimbursable on the claim.

### CVT Valve Body or Sub Assembly Pre-Authorization

Dealers are required to follow the diagnosis and pre-authorization process outlined below for all CVT Valve Body or CVT Sub Assembly replacement when over DCAL for Warranty (including over the counter parts warranty) or Goodwill.

By following the outlined process as well as appropriately completing the form before the required contact, Dealership staff can often make an efficient one-call step for replacement confirmation/ claim pre-authorization. Our goal is to streamline pre-authorization to save time for all involved.

### CVT assembly or related repair diagnosis & pre-authorization process:

1. Check SERVICE COMM or National Service History (NHS) to confirm applicable warranty coverage.

2. Perform visual inspection to confirm fluid level and check for leaks.

3. Perform test drive (if possible) to confirm customer complaint.

4. Sync and Use CONSULT-III+ to check for diagnostic trouble codes. Collect any Freeze Frame data.

5. Locate and complete CVT Assistance Request Form from the link in ASIST. File path: ASIST/Tech Support Info/Powertrain Call Center Pre-call Forms

6. Select the appropriate coverage type on Assistance Request Form (FW, CM, OTC or FG)

Page **1** of **4**



# NISSAN
## CVT Pre-Authorization
### Repair and/or Replacement

Reference: WBP/20-006
Date: February 17, 2020

**Attention:** Service Managers, Parts Managers, Warranty Administrators and Technicians

7. Once all diagnosis is completed and CVT pan images are required; the Technician is required to follow the steps listed below when submitting images:

    a. Remove CVT pan as normal.

    b. If debris is found, wipe portion of pan surface clean and document current Date and Work Order (WO) number utilizing an oil based paint pen (see image below).



    c. Images submitted MUST include the entire pan, including flange (see images).

        GOOD                        NO GOOD

 

**IMPORTANT:**

- Failure to provide the images in this fashion will result in delay in claim processing and pre-authorization.
- A chargeback of the claim may result if after parts collection the WO number and date are not present on the pan during inspection.

8. When completed, submit the Powertrain Call Center Assistance Request Form through ASIST to receive your J-Case #. In order for the Powertrain Call Center (PCC) to consider Goodwill authorization, all forms must have the full diagnostic information completed before submission.



# NISSAN
## CVT Pre-Authorization
### Repair and/or Replacement

Reference: WBP/20-006
Date: February 17, 2020

**Attention:** Service Managers, Parts Managers, Warranty Administrators and Technicians

9. Contact the PCC 800-973-9992 option 2, with J-Case # to report and confirm diagnosis.

10. **If the PCC confirms the dealer's diagnosis, PCC can authorize the replacement and create a VCAN for further claim processing. If the Dealer selected Goodwill coverage, after the PCC validation, Consumer Affairs and/or the FOM must review and approve the CVT repair/replacement in order for NNA's contribution to be considered. Bulletin WBP18-006 Goodwill Guidelines continue to apply.**

11. Dealer should check with their parts department to order the appropriate service part.

12. Return incident parts if requested through the Warranty Part Return System.

13. Send cores to Core Return if not requested through Warranty Part Return after 7 days from claim payment date.

<u>GOODWILL CVT HANDLING</u>:

- PCC is proactively reviewing all CVT related goodwill cases.
- Please allow up to 2 business hours for a response via e-mail from the PCC.

<u>CLAIMS CODING</u>

| DESCRIPTION | OP CODE | FRT |
|---|---|---|
| CVT TROUBLE DIAGNOSIS | JX22AA | 0.5 |

Operation code can only be claimed when submitting for CVT assembly pre-authorization.

**IMPORTANT: Failure to contact PCC prior to CVT assembly replacement or repair could result in claim adjustment or claim denial.**



# NISSAN

## CVT Pre-Authorization
### Repair and/or Replacement

Reference: WBP/20-006
Date: February 17, 2020

**Attention:** Service Managers, Parts Managers, Warranty Administrators and Technicians

# FAQ

**Q. What model year and vehicles are involved?**

A. ALL Nissan models with CVT transmissions.

**Q. What is the reason for this policy?**

A. To ensure correct diagnosis and repair/replacement of the CVT assembly on all vehicles equipped with CVT transmissions.

**Q. Where do I find a link to the CVT Assistance Request form?**

A. Located in ASIST, under the Tools & Equipment folder. File path: ASIST/Tech Support Info/Powertrain Call Center Assistance Request Forms

**Q. Does this policy apply to any other Nissan models?**

A. This policy applies only to Nissan models with CVT transmissions.

**Q. What are the CVT part numbers affected by this policy?**

A. ALL complete CVT assembly part numbers require pre-authorization.

WARRANTY DEPARTMENT