


307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
PH: (407) 636-7004
Web: www.eclatlaw.com

# CONSENT TO JOIN COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)

By signing and returning this consent form I consent to:

1. Be a party plaintiff in a lawsuit against **NISSAN NORTH AMERICA, INC. D/B/A NISSAN USA, a wholly owned subsidiary of Nissan Motor Company of Japan**, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); and

2. Designate éclat Law, LLP to represent me in this case and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I agree to be bound by any adjudication of this action.

JOSE J. AYALA
**Full Legal Name (please PRINT clearly)**

/s/ Jose J. Ayala          **Signature**    JA
12/29/2021                 **Date**         Dec 31, 2021

All information you provide below is for use by the lawyers in this case, and will not be filed with the Court

_____ **Address (with apartment/unit number, if applicable)**
_____ **City, State, Zip**

_____ _____
**Home Phone Number**        **Cell Phone Number**

_____
**Personal Email Address** (we will use this as our primary method to contact you)

_____ _____
**Emergency Contact Name**   **Emergency Contact Phone Number**

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please email us at ▓▓▓▓▓▓▓▓▓ or call ▓▓▓▓▓▓▓ to obtain and electronically sign this form.



307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
PH: (407) 636-7004
Web: www.eclatlaw.com

# CONSENT TO JOIN COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)

By signing and returning this consent form I consent to:

1. Be a party plaintiff in a lawsuit against **NISSAN NORTH AMERICA, INC. D/B/A NISSAN USA, a wholly owned subsidiary of Nissan Motor Company of Japan**, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); and

2. Designate éclat Law, LLP to represent me in this case and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I agree to be bound by any adjudication of this action.

JEFF SANTOS
**Full Legal Name (please PRINT clearly)**

*/s/ Jeff Santos*            **Signature**   Jeff Santos
12/29/2021                   **Date**        Dec 29, 2021

All information you provide below is for use by the lawyers in this case, and will not be filed with the Court

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Address (with apartment/unit number, if applicable)**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **City, State, Zip**

▇▇▇▇▇▇▇▇▇▇   ▇▇▇▇▇▇▇▇
**Home Phone Number**   **Cell Phone Number**

▇▇▇▇▇▇▇▇▇▇▇▇
**Personal Email Address (we will use this as our primary method to contact you)**

▇▇▇▇▇▇▇▇▇▇   ▇▇▇▇▇▇▇▇▇▇
**Emergency Contact Name**   **Emergency Contact Phone Number**

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please email us at ▇▇▇▇▇▇▇▇ or call ▇▇▇▇▇▇▇▇ to obtain and electronically sign this form.



307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
PH: (407) 636-7004
Web: www.eclatlaw.com

# CONSENT TO JOIN COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)

By signing and returning this consent form I consent to:

1. Be a party plaintiff in a lawsuit against **NISSAN NORTH AMERICA, INC. D/B/A NISSAN USA, a wholly owned subsidiary of Nissan Motor Company of Japan**, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); and

2. Designate éclat Law, LLP to represent me in this case and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I agree to be bound by any adjudication of this action.

ANDRE WRIGHT                                                                                   **Full Legal Name  (please PRINT clearly)**

*/s/ Andre Wright*          **Signature** Andrewright
12/29/2021                  **Date** Dec 30, 2021

All information you provide below is for use by the lawyers in this case, and will not be filed with the Court

_____ **Address (with apartment/unit number, if applicable)**
_____ **City, State, Zip**

_____        _____
 **Home Phone Number**              **Cell Phone Number**

_____
**Personal Email Address  (we will use this as our primary method to contact you)**

_____        _____
**Emergency Contact Name**          **Emergency Contact Phone Number**

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please email us at _____ or call _____ to obtain and electronically sign this form.



307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
PH: (407) 636-7004
Web: www.eclatlaw.com

# CONSENT TO JOIN COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)

By signing and returning this consent form I consent to:

1. Be a party plaintiff in a lawsuit against **NISSAN NORTH AMERICA, INC. D/B/A NISSAN USA, a wholly owned subsidiary of Nissan Motor Company of Japan**, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); and

2. Designate éclat Law, LLP to represent me in this case and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I agree to be bound by any adjudication of this action.

SANTIAGO CADENA
**Full Legal Name (please PRINT clearly)**

*/s/ Santiago Cadena*          **Signature**   Santiago Cadena Mesa
12/13/2021                     **Date**        Dec 13, 2021

All information you provide below is for use by the lawyers in this case, and will not be filed with the Court

_____   **Address (with apartment/unit number, if applicable)**
Orlando, FL 32826                   **City, State, Zip**

_____   _____
**Home Phone Number**              **Cell Phone Number**

_____
**Personal Email Address (we will use this as our primary method to contact you)**

_____   _____
**Emergency Contact Name**         **Emergency Contact Phone Number**

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please email us at _____ or call _____ to obtain and electronically sign this form.



307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
PH: (407) 636-7004
Web: www.eclatlaw.com

# CONSENT TO JOIN COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)

By signing and returning this consent form I consent to:

1. Be a party plaintiff in a lawsuit against **NISSAN NORTH AMERICA, INC. D/B/A NISSAN USA, a wholly owned subsidiary of Nissan Motor Company of Japan**, in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b); and

2. Designate éclat Law, LLP to represent me in this case and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I agree to be bound by any adjudication of this action.

SERGIO SERRANO
**Full Legal Name (please PRINT clearly)**

*/s/ Sergio Serrano*          **Signature**    Sergio serrano
12/29/2021                    **Date**         Dec 29, 2021

All information you provide below is for use by the lawyers in this case, and will not be filed with the Court

███████████████████████
**Address (with apartment/unit number, if applicable)**
**City, State, Zip**

███████████████      ███████████
**Home Phone Number**        **Cell Phone Number**

███████████████████████
**Personal Email Address (we will use this as our primary method to contact you)**

███████████████      ███████████████
**Emergency Contact Name**   **Emergency Contact Phone Number**

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please email us at ███████████ or call ███████████ to obtain and electronically sign this form.