

[insert mailing date]

# NOTICE TO POTENTIAL COLLECTIVE MEMBERS REGARDING UNPAID MINIMUM AND OVERTIME PAYCLAIMS
### This is not a solicitation from an attorney.

Please read this notice if you were or are employed by any Nissan dealership in the state of Florida as a mechanic, technician, or maintenance personnel at any time from June 2016 to the present ("FLSA Collective Period") and were or are compensated under the "piece-rate" or "flat-rate" program for services performed during the FLSA Collective Period.

This Notice advises you of your right to join a lawsuit seeking minimum wage and overtime wages.

- Current and former automotive service technicians (called the "Plaintiffs") have sued Nissan North America, Inc., claiming that they are owed unpaid federal minimum wages, overtime wages, and liquidated (double) damages under the Fair Labor Standards Act ("FLSA").

- The Plaintiffs claim that Nissan's warranty compensation program(s) and other "flat-rate" pay policies violated the law. More specifically, Plaintiffs claim that they were compensated less than the federal minimum wage for all hours worked, and that they were not paid overtime wages for any hour worked in excess of forty (40) hours per week as mandated by law. Nissan owes them their unpaid minimum and overtime wages, as well as any liquidated damages.

- Nissan denies these allegations and claims that they were not and are not in violation of the FLSA.

- This Notice is being sent to all persons employed by Nissan dealerships as mechanics, technicians, or maintenance personnel in the state of Florida from June 2016 to the present.

- The Court has not yet decided who is right or wrong or expressed an opinion on the claims or defenses. There is no assurance at this time that the Court will grant any relief, or if granted, the nature and amount of relief.

I.  **Why Did I Get This Notice and What is the Lawsuit About?**

This Notice is to tell you of the existence of the minimum wage and overtime pay lawsuit for Plaintiffs and inform you of your rights to join the lawsuit.

<u>The Lawsuit</u>. In September 2020, Jose J. Ayala, Jr. filed a Complaint against Nissan North America, Inc. in federal court in the Middle District of Florida, *Ayala et al. v. Nissan North America, Inc.*, No. 6:20-cv-01625. On July 9, 2021, a First Amended Complaint was filed, joining Jeff Santos. Nissan answered the complaint in November 2021, denying any violations of the law. Three other employees have joined the case to date. The Plaintiffs are claiming that Nissan did not pay them their minimum and overtime wages owed and that Nissan owes them minimum and overtime wages, as well as liquidated damages.

The Court has conditionally certified this collective action and Nissan may move to have the action de-certified at a later date.

II.     **What Are My Choices?**

If you worked at a Nissan dealership as a mechanic, technician, or maintenance personnel in the service department from June 2016 to the present, you may file a consent form to join this lawsuit, which is attached. If you wish to join the lawsuit, you must sign and complete the enclosed Consent to Become Party Plaintiff form and mail it to:

Nissan Wage Violation Lawsuit<br>[insert administrator address]

You can also submit the Consent to Become Party Plaintiff form by e-mail to [insert email address], or by fax to [insert fax number]. The form must be postmarked on or received before [60 days from mailing].

Plaintiffs are represented in this action by the attorneys listed below. However, you can retain your own attorney, who may or may not charge a fee.

III.    **What Happens If I Join?**

If you join, the named Plaintiff in the case and the attorneys listed below (or another attorney of your choice) will represent you and work with you to try to obtain unpaid wages you may be owed. The Court will determine whether you are owed any money under the FLSA. You will be bound by the Court's judgment, whether it is favorable or unfavorable to you, on all issues including settlement.

Plaintiffs' attorneys are being paid on a contingency fee basis, will seek fees against the Defendant, or another method if the Court should decide that a different method is more appropriate. If there is no recovery, you will not have to pay any attorneys' fees and you will not owe the attorneys anything. If there is a recovery, Plaintiffs' attorneys will receive a part of any settlement obtained or a fee award after judgment is entered in Plaintiffs' favor.

By returning the enclosed "Consent" form, you will join this lawsuit and be able to designate the Plaintiffs and their attorneys to represent you in the lawsuit. Plaintiffs' counsel for the collective action are:

>Kevin K. Ross-Andino
>Jolynn M. Falto
>Nicola J. Pappas
>Crisol Lopez Palafox
>Katherine Rodriguez Rivera
>Eclat Law, LLP
>307 Cranes Roost Blvd., Suite 2010
>Altamonte Springs, FL 32701
>407-636-7004
>www.eclatlaw.com
>jfalto@eclatlaw.com
>nikki.pappas@eclatlaw.com
>kevin.ross@eclatlaw.com
>crisol.lopezpalafox@eclatlaw.com
>katherine.rodriguezrivera@eclatlaw.com

## IV.    And If I Do Not Join?

If you do not join, you will not be directly affected by any judgment issued or settlement approved by the Court in this case – whether it is favorable or unfavorable.

V. **If Still Employed by Nissan or a Nissan Dealership, Will My Participation Affect My Employment?**

No. Federal law prohibits employers from firing or in any way retaliating against you because you have joined this lawsuit. However, participating in this lawsuit does not excuse you from complying with your current employer's existing policies and work rules.

**This Notice is not an expression by the Court of any opinion concerning the alleged claims. This Notice simply informs you of the pendency of this litigation and your rights to join it.**

**JOINT PROPOSED EMAIL NOTICE**[1]

**From:** noreply@[adminstrator].com

**Subject: COURT-AUTHORIZED NOTICE TO POTENTIAL COLLECTIVE MEMBERS REGARDING UNPAID MINIMUM WAGE AND OVERTIME PAY CLAIMS**

**Body of Email:**
Please see attached Court-Authorized Notice to Potential Collective Members Regarding Unpaid Minimum Wage and Overtime Pay Claims and Consent to Become a Party to a Lawsuit. You may submit a consent to join the lawsuit as described in the Notice by using the following link: [administrator link].

[Administrator Signature Block Here]

---

[1] A PDF of the Notice will be attached to the Email.