# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSE J. AYALA, JR. and
JEFF SANTOS on behalf
of themselves and
as representative of
other class members
similarly situated,

      **Plaintiff,**

v.                       Case No. 6:20-cv-01625-RBD-GJK

NISSAN NORTH AMERICA,
INC.

      **Defendant,**
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW, the undersigned counsel, hereby enters his Notice of Appearance on behalf of Defendant, Nissan North America Inc. as co-counsel in the above-referenced matter. Please direct future communications to the undersigned at the address indicated.

February 14, 2022           Respectfully submitted,

                          /s/*Mark E. Levitt*
                          Mark E. Levitt
                          mlevitt@anblaw.com
                          Florida Bar No. 193190
                          ALLEN NORTON & BLUE, P.A.
                          1477 W. Fairbanks Avenue, Suite 100
                          Winter Park, FL 32789
                          Tel: (407) 571-2152
                          Fax: (407) 571-1496
                          *Co-Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to all counsel on record on February 14, 2022.

/s/*Mark E. Levitt*
Attorney