# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE J. AYALA, JR. and JEFF
SANTOS, on behalf of themselves
and as representatives of other class
members similarly situated,
                    Plaintiffs,
v.                                                  Case No:   6:20-cv-1625-RBD-DAB
NISSAN NORTH AMERICA, INC.,
d/b/a NISSAN USA.
                    Defendant

## ORDER

This cause came on for consideration during a Motions Hearing held on

August 1, 2022, on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLANTATION SALES, INC.'S and ACTION NISSAN, INC.'S MOTIONS TO QUASH SECOND AMENDED SUBPOENA (Docs. 142, 143)** |
| **FILED:** | **June 24, 2022** |

**THEREON** it is **ORDERED** that a ruling on the motions is **DEFERRED**. The Plaintiffs and the third parties are ordered to meet and confer at the dealerships, review the quantity of files, and file a joint status report by **Friday, August 5, 2022**. If Plaintiffs or the Third-party dealerships believe that the subpoena requests are too burdensome or responses would be inadequate, then they must include such argument (with appropriate support)in the status report.

- 2 -

**MOTION:   MOTION TO SEAL (Doc. 157)**

**FILED:        July 28, 2022**

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The sealing of documents imposes burdens on the Court and the parties. Documents may be filed under seal for the time being, however, the issue will be revisited at the time of trial and the parties should not rely upon this ruling as binding on the future decisions regarding sealing of documents.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2022.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record