## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **JOSE J. AYALA, JR. and** | ) |
| **JEFF SANTOS on behalf** | ) |
| **of themselves and** | ) |
| **as representative of** | ) |
| **other class members** | ) |
| **similarly situated,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 6:20-cv-01625-RBD-GJK** |
| | ) |
| **NISSAN NORTH AMERICA,** | ) |
| **INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DECLARATION OF PAUL ROGERS

I, Paul Rogers, hereby state and declare as follows:

1.      I am over twenty-one (21) years of age.  I have personal knowledge and am competent to testify as to the facts stated in this Declaration.  If called and sworn as a witness, I would testify to these facts.  I understand that this Declaration may be used for a variety of purposes in litigation.

2.      I have worked for Nissan North America, Inc. ("Nissan") since 2006 and have held various roles, including Warranty Call Center Supervisor, Fixed Operations Manager, Aftersales Development Manager, Service Development Manager, and Regional Aftersales Manager.  I currently hold the position of Senior Warranty Manager.  Based on my experience at Nissan, I have personal knowledge of Nissan's business operations, its relationships with its independent dealers, the administration of its warranty plans and programs, and the processes by which Nissan

compensates its dealers for the warranty claims those dealers submit to Nissan. Based on my work, for example as a Fixed Operations Manager and Service Development Manager where I regularly called on and consulted with various Nissan dealers across the country, I also have personal knowledge of the general manner in which Nissan independent dealers operate.

3.      Nissan is the authorized distributor in the United States of Nissan automobiles and genuine Nissan parts and accessories. In Florida, as well as in virtually all states, Nissan is expressly prohibited from directly or indirectly owning or operating an automobile dealer, selling automobiles directly to consumers, or servicing automobiles directly for consumers. Instead, Nissan is obligated to use independent Nissan dealers, which sell Nissan automobiles to, and service them for, consumers. The independent dealers are separate corporate entities from Nissan with separate ownership, management, and operations.

4.      Each independently owned Nissan dealer executes a Dealer Sales and Service Agreement (the "Dealer Agreement") with Nissan by which Nissan grants the dealer the right to buy new Nissan automobiles from Nissan and then sell or lease them to consumers. The Dealer Agreement also defines the relationship between Nissan and the independent dealer, including the obligation by Nissan dealers to perform service work on automobiles covered by Nissan warranties (*e.g.,* factory warranty, certified pre-owned warranty, and other warranty and maintenance plans). Under both the Dealer Agreement and applicable state law, Nissan must compensate dealers for the warranty work they perform.

5.      Unless they are part of the same corporate family or dealer group (like, for example, Reed Nissan of Orlando and Reed Nissan of Clermont), the independent Nissan dealers have separate ownership and management and operate independently from one another.

6.      Many dealer groups have multiple brands and sell and service other automobiles. For example, the Sutherlin automotive group includes not only independent Nissan dealers, but also independent Mitsubishi, Hyundai, and Volkswagen dealers.  Like all new car dealers, Nissan dealers sell and service virtually all brands of used automobiles.

7.      Nissan, like other automobile manufacturers, offers to consumers a factory warranty on all new Nissan vehicles.  The warranty provides the terms under which Nissan agrees to cover the cost of repairs performed at an authorized Nissan dealer.  Nissan also offers other warranties and maintenance plans for its automobiles (*e.g.,* certified pre-owned warranty).

8.      Nissan does not employ "service technicians" to service consumers' vehicles. Instead, the independently owned and operated Nissan dealers perform work covered by a Nissan warranty.  Independent dealers also perform non-warranty, or customer-paid, work both on Nissan automobiles and on other brands.  Generally, Nissan dealers will perform maintenance and repair work on any vehicle a customer may bring to the dealer.

9.      The service departments at new car dealers, including Nissan dealers, generally perform three categories of service work:  warranty; customer-paid; and internal.  Under Florida law, all warranty work must be done by an authorized independent dealer.  Customer-paid work is work performed by a dealer which is paid for by the customer.  Internal service is work done for the benefit of the dealer itself such as preparing a used vehicle for retail sale.  Although it varies from dealer to dealer, and by time period, independent Nissan dealers typically perform more customer-paid work than Nissan warranty work.  To my knowledge, all four Nissan independent dealers for which Plaintiffs Jose J. Ayala, Jr. and Jeff Santos worked (Sutherlin Nissan of Orlando; Universal Nissan of Orland; Reed Nissan of Orlando; and Reed Nissan of Clermont) performed more customer-paid work than warranty work in each year from 2018 to 2021.

10.     Florida law requires Nissan, like all other new car brands, to compensate its independent dealers for performing maintenance and repair work covered under a factory warranty.  Florida law also strictly regulates the timing and amount of the compensation Nissan must provide to its independent dealers for warranty work.

11.     For example, Florida law requires Nissan to compensate its dealers for warranty work at an "approved labor rate."  The approved labor rate is the hourly rate Nissan pays its independent dealers for performing warranty work.  Under Florida law, Nissan and its independent dealers can agree on the approved labor rate and, if they do not agree, there is a statutorily proscribed process for determining the labor rate.

12.     Nissan pays its independent dealers for warranty claims based on a "flat-rate time" multiplied by the dealer's approved labor rate. The "flat-rate time" is the time Nissan has determined it should take the "average" service technician to complete a certain repair.  Nissan performs time studies and research to determine appropriate and reasonable flat-rate times for any given repair that might be covered by warranty.  Florida law requires that Nissan (and all other automobile manufacturers) establish reasonable flat-rate times in its warranty repair manuals and warranty guides and prohibits Nissan (and all other automobile manufacturers) from eliminating flat-rate times or establishing unreasonable flat-rate times.  Nissan's flat-rate times typically overestimate the actual time that a repair should take to complete.  An experienced service technician should be able to complete any given repair in less time than Nissan's flat-rate time for the repair.

13.     Each Nissan dealer has its own approved labor rate.  The labor rate, which is generally based on the retail labor rate the dealer charges its retail customers, varies from dealer to dealer.   The approved labor rates for Sutherlin Nissan of Orlando; Universal Nissan of Orlando;

Reed Nissan of Orlando; and Reed Nissan of Clermont for 2017-2021 are set forth in the table below:

|  | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| **Sutherlin Nissan (Orlando)** | $125/hour | $125/hour (until 2/16/2018)<br><br>$128/hour (effective 2/16/2018) | $128/hour | $128/hour | $132/hour (effective 3/23/2021) |
| **Universal Nissan (Orlando)** | $113.77/hour (until 5/18/2017)<br><br>$123.75/hour (effective 5/18/2017) | $123.75/hour | $123.75/hour | $129/hour (effective 6/5/2020)<br><br>$130.09/hour (effective 9/8/2020) | $269.89/hour (effective 6/11/2021) |
| **Reed Nissan (Orlando)** | $101.23/hour | $101.23/hour (until 11/1/2018)<br><br>$125.52/hour (effective 11/1/2018) | $125.52/hour | $125.52/hour | $125.52/hour |
| **Reed Nissan** | $110/hour (until 12/1/2017)<br><br>$115/hour (effective 12/1/2017) | $115/hour | $115/hour (until 1/16/2019)<br><br>$126/hour (effective 1/16/2019) | $126/hour | $126/hour |

14.     Nissan's approved labor rates and flat-rate times determine the amount that Nissan must pay its independent dealer for approved and authorized warranty work on a Nissan vehicle. The amount Nissan pays to the dealer for a particular warranty repair is totally separate from what the dealer pays its technicians who perform that work.  What and how dealers pay their technicians is determined solely by the dealer without any input or involvement from Nissan.  The amount paid to a technician is based on the terms and conditions set by that dealer and varies from dealer

to dealer.  The approved labor rates for independent dealers, including those for which Jose J. Ayala, Jr. and Jeff Santos worked, are substantial and far exceed the compensation that most (and likely all) independent dealers elect to pay their service technicians. Stated another way, independent dealers generally do not pay their technicians at more than $100.00 an hour, though nothing would prevent a dealer from paying that much or more if it so chooses. Independent dealers make significant profits from performing warranty work.

15.     Because Nissan must compensate its independent dealers for warranty work, Nissan has developed certain processes and requirements that the dealers must follow to submit and receive payment for warranty claims.  These processes and requirements are described in the Assurance Products Resource Manual (the "APRM").  The APRM also provides guidance on Finance and Insurance Products (*e.g.,* certified pre-owned vehicle warranty plans; extended warranty plans; and other protection plans) and new vehicle deliveries.

16.     The ARPM is completely unrelated to, and has no effect on, independent dealers' treatment of their employees, including those dealers' establishment of terms and conditions of employment for their employees, including service technicians.  The ARPM does not address or provide any guidance to independent dealers on employment-related policies, such as policies related to hiring, supervision, discipline, firing, attendance, hours worked, and compensation. Each dealer is responsible for implementing its own employment-related policies, and Nissan has no input, authority, control, or power over employment-related matters.  Stated simply, the APRM relates solely to the compensation that independent dealers receive from Nissan for warranty work.

17.     Because Nissan ultimately is responsible for the warranty provided to customers, if it wants compensation from Nissan for the warranty work, the independent dealer must use service technicians with the appropriate certification to perform the warranty work.  More than ninety

percent (90%) of warranty work requires only a basic certification. More specialized work (*e.g.*, Diesel engines, high voltage electrical work) requires additional certifications. When the dealer submits a warranty claim, Nissan uses an automated claim-handling process to determine whether the service technician identified by the dealer as completing the work (*i.e.*, whose identification number appears on the warranty claim) had the necessary certification to perform the work.

18.     Each dealer, however, has its own process for assigning service technicians to perform warranty work. Nissan does not play any role in determining which service technician performs any given warranty repair. Nissan has to trust the independent dealers that the information on the warranty claims they submit is accurate and that the certified technician whom the dealer identified on the warranty claim was the technician who actually performed the work.

19.     To be reimbursed for a particular repair, the Nissan dealer submits a warranty claim for that repair to Nissan. Nissan relies on the claim information the independent dealer provides to determine whether to approve warranty claims and to determine the amount it pays the independent dealer for the work claimed to have been performed. Nissan also does not know how much time a service technician spends on any given repair and whether that time is consistent with warranty claim submitted by the dealer to Nissan.

20.     Nissan pays its authorized dealers for the warranty work they do. Nissan does not pay the dealers' service technicians and plays no role in determining their methods or rates of pay. Each independent dealer is responsible for paying and supervising its service technicians, and Nissan does not know how or how much any particular independent dealer pays its service technicians.

21.     Because Nissan ultimately is responsible for its warranties, it provides guidance to the independent dealers on how to perform specific maintenance and repair work on Nissan

automobiles.  Specifically, Nissan makes available to its dealers an "Electronic Service Manual," which outlines how to perform repairs on Nissan automobiles.  Nissan expects its independent dealers to perform warranty repairs in accordance with the Electronic Service Manual because Nissan's flat-rate times are based on these repair procedures.  Service shops other than independent dealers' and members of the general public can access Nissan's Electronic Service Manual and technical service bulletins through Nissan's technical information websites: www.nissan-techinfo.com and www.infiniti-techinfo.com.

22.    When a dealer submits a warranty claim, Nissan pays the dealer for the claim according to the flat-rate time for a given repair regardless of how long the repair actually took the dealer to complete.  Thus, for example, if the flat-rate time for a particular repair is two hours and the dealer's approved labor rate is $125/hour, Nissan will pay the dealer $250 for that repair, even if the technician performing the repair was able to complete the job in one hour.  Nissan does not know how long any given repair actually took, including whether, for example, the service technician completed the repair in far less time than the flat-rate time for which Nissan paid the dealer.

23.    Nissan also does not know how many hours any service technician works on any given day, what "non-repair" tasks the technician performs, or how or how much the independent dealer pays the technician.  Each dealer determines and controls those matters for itself without any input or involvement from Nissan.

24.    Nissan approves and pays approximately ninety-five percent (95%) of warranty claims "first time" (*i.e.,* after the first submission), with additional claims paid after the independent dealer provides or substantiates the required information.  On rare occasion, however, Nissan has to reject a warranty claim.  The rejection simply means that Nissan will not pay the

independent dealer for that specific claim. Nissan does not know whether a rejected claim has any effect on the compensation for the service technician who performed the work because the dealer makes all compensation decisions for its service technicians without any input or involvement from Nissan.

25.     As noted above, in addition to warranty work, independent dealers also perform customer-paid work both on Nissan automobiles and on automobiles from other manufacturers. The individual customer, not Nissan, pays the dealer for such work. There is no claim submitted to Nissan for customer-paid work. In my experience, some dealers employ non-certified service technicians to perform customer-paid work. Nissan has no knowledge of who these non-certified service technicians may be, what work they may perform, or the terms and conditions of their employment.

26.     The APRM does not provide any guidance on, and is not applicable to, customer-paid work. Nissan plays no role in determining how much independent dealers charge their customers for customer-paid work, who performs the customer-paid work, or how the customer-paid work is performed. Nissan plays no role in how its independent dealers compensate their service technicians for customer-paid work (or any work, for that matter).

27.     Based on my work calling on and consulting with independent dealers, I understand that some Nissan dealers pay their service technicians a different piece rate for customer-paid work than for warranty work, but Nissan has no say in that determination. Each independent dealer makes its own compensation decisions for its service technicians.

28.     As explained above, Nissan compensates its independent dealers for warranty claims. Nissan, however, does not compensate the independent dealers' service technicians and plays no role in determining their methods or rates of pay. Each independent dealer is responsible

for paying and supervising its service technicians, and Nissan does not know how or how much any particular independent dealer pays its service technicians.

29.     Independent dealers have to compete in the marketplace to attract and retain service technicians and have developed different compensation methods for doing so.  Again, based on my experience, I understand that some dealers pay their service technicians on an hourly basis while others use a piece rate system.  Some dealers guarantee a certain number of hours per week, including overtime, while others guarantee a minimum number of weekly repairs under the piece rate system.  I have also seen some independent dealers use a "pooling" arrangement under which service technicians work in teams, and each member of the team receives a certain percentage of the labor hours attributable to that team with the dealer's management deciding how to distribute the labor hours for each member of the team.  I have also seen some dealers use "Master Technicians" whom they pay on a salary basis.  Again, Nissan plays no role in any of this.

30.     Nissan also plays no role in whether an independent dealer requires service technicians to purchase their own tools.  Based on my experience in the industry, some dealers have fully equipped tool shops and provide service technicians with all the needed tools.  Other dealers require the service technician to bring his or her own tools as a condition of employment.  Some dealers provide a bonus for a new service technician to bring his or her own toolbox while others give their service technicians gift cards or tool allowances.  Nissan plays no role in these matters.

31.     Nissan does require certain "essential" or "special" tools for the performance of certain warranty work.  But it is the dealers -- not the service technicians -- who purchase these "essential" or "special" tools directly from Nissan.  Nissan has never required an independent dealers' service technicians to purchase any tool.

32.     I verify under penalty of perjury and in accordance with the laws of the United States, including 28 U.S.C. § 1746, that the information provided in this Declaration is true and correct to the best of my knowledge.


** Remainder of page intentionally left blank**

Executed on this 28th day of January 2022.

_____
PAUL ROGERS