UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE J. AYALA, JR. and JEFF
SANTOS on behalf of themselves
and as representative of other class
members similarly situated,

      Plaintiffs,

v.                              Case No.: 6:20-cv-01625-Orl-RBD-GJK

NISSAN NORTH AMERICA, INC.

      Defendant.
_____/

## DECLARATION OF U.S. MARINE

I, U.S. MARINE, verify the following under 28 U.S.C. § 1746, and under the penalty of perjury:

1. I am over the age of 18 and competent to give this declaration.

2. The facts set forth in this Declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

3. My name is U.S. Marine. I am currently employed as the General Manager for Sutherlin Nissan Orlando, Inc. and have been so employed since 2011. As part of my job duties, I am familiar with the operations of the dealership, including new and used car sales and service, employment and compensation policies and practices, and its relationship with Nissan North America, Inc.

4. Sutherlin Nissan Orlando, Inc. is an authorized Nissan new and used automobile dealer and automobile repair business with a facility located at 8125 E. Colonial Drive, Orlando,

FL 32817 and is an independently owned and operated business.

5.  Pursuant to its Dealer Sales & Service Agreement with Nissan North America, Inc., Sutherlin Nissan Orlando, Inc. sells new Nissan automobiles, certified pre-owned Nissan automobiles, and also used cars from other manufacturers.

6.  Sutherlin Nissan of Orlando, Inc. has a Service Department at which it performs maintenance and repairs on its customers' automobiles.

7.  Sutherlin Nissan Orlando, Inc. hires, trains, and employees technicians to performs maintenance and repair work.

8.  Service work that Sutherlin Nissan Orlando, Inc. performs for its customers includes certain repairs for which it is compensated by Nissan North America, Inc. as provided in the Dealer Sales & Service Agreement. This includes repairs performed under Nissan's New Motor Vehicle Limited Warranty as well as repairs performed to correct defects in materials or workmanship during the warranty period as well as repairs performed pursuant to recalls and service campaigns. The Service Department at Sutherlin Nissan Orlando, Inc. also performs non-warranty repairs and maintenance on all makes and models of customer automobiles which are paid for by the customer.

9.  Sutherlin Nissan Orlando, Inc. controls the terms and conditions of its service technicians' employment without any involvement from Nissan North America, Inc.

10. Sutherlin Nissan of Orlando, Inc. determines and controls the compensation, benefits and other terms and conditions of employment it provides to its service technicians without any involvement from Nissan North America, Inc.

11. Nissan North America, Inc. does not dictate or influence Sutherlin Nissan Orlando, Inc.'s employee policies and procedures nor compensation, benefits or any other terms

or conditions of employment.

12. Nissan North America, Inc. pays Sutherlin Nissan Orlando, Inc. for repair work covered by Nissan's New Vehicle Limited Warranty pursuant to the Dealer Sales & Service Agreement. The amount Nissan pays Sutherlin Nissan Orlando, Inc. for warranty work it performs and the process for submitting warranty work invoices and claims for payment is completely separate from Sutherlin Nissan Orlando, Inc.'s compensation, benefits and other terms and conditions of employment it provides to its service technicians

13. Nissan North America, Inc. has no control in what and how Sutherlin Nissan Orlando, Inc. pays its service technicians.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 21st day of July, 2022.

_____
U.S. Marine