UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE J. AYALA, JR. and ) 
JEFF SANTOS on behalf )
of themselves and )
as representative of )
other class members )
similarly situated, )
)
    Plaintiff, )
)
v. ) Case No. 6:20-cv-01625-RBD-GJK
)
NISSAN NORTH AMERICA, )
INC. )
)
    Defendant. )

**DECLARATION OF ELTON PRIDE**

I, Elton Pride, hereby state and declare as follows:

1. I am over twenty-one (21) years of age. I have personal knowledge and am competent to testify as to the facts stated in this Declaration. If called and sworn as a witness, I would testify to these facts. I understand that this Declaration may be used for a variety of purposes in litigation.

2. I have worked for Nissan North America, Inc. ("Nissan") since approximately June 2016. Until approximately March 2019, I worked as a Regional Service Development Manager. I currently hold the position of Senior Fixed Operations Manager. As a Senior Fixed Operations Manager, I consult with independent dealers in the Orlando, Florida and surrounding area to help them increase their sales and service business. My district includes thirteen (13) dealers, including the four (4) dealers for which Jose J. Ayala, Jr. and Jeff Santos worked: (1) Sutherlin Nissan of

Orlando, (2) Universal Nissan of Orlando, (3) Reed Nissan of Orlando, and (4) Reed Nissan of Clermont. Based on my experience at Nissan and my work as a Regional Service Development Manager and as Senior Fixed Operations Manager, I have personal knowledge of Nissan's business operations, relationships with its independent dealers both within my district and generally. Based on my consulting with various Nissan dealers in my roles as Regional Service Development Manager and as Senior Fixed Operations Manager, I have personal knowledge of how the service departments at the dealers that I call upon operate.

3. Independent Nissan dealers sell and service new Nissan automobiles, certified pre-owned Nissan automobiles, and used automobiles from other manufacturers. The relationship between Nissan and its independent dealers is strictly arms' length. The independent dealers are separate corporate entities from Nissan with separate ownership and management. As independently owned and operated companies, the dealers control their own operations subject only to the terms of the Nissan Dealer Sales and Service Agreement (the "Dealer Agreement"), which defines the relationship between Nissan and the independent dealer. Nissan does not own or lease the independent dealers' facilities.

4. Unless they are part of the same corporate family or a dealer group, like Reed Nissan of Orlando and Reed Nissan of Clermont, independent dealers operate independently from one another. In fact, they compete with each other.

5. Like all new car dealers, independent Nissan dealers have a "Service Department," which performs maintenance and repair work on customers' automobiles. Some of this work is covered by a Nissan warranty, while other work is "customer-paid." The Service Department also performs "internal" service work, such as repairing and preparing a used vehicle for retail sale.

Independent dealers employ service technicians to perform maintenance and repair work. These service technicians work for the independent dealers and not for Nissan.

6. Each independent dealer controls the terms and conditions of its service technicians' employment without any involvement from Nissan. Nissan does not require its independent dealers to follow, and those independent dealers do not follow, any Nissan corporate policies related to employment. It is my understanding that each independent dealer or dealer group has its own employee handbook. Each independent dealer makes its own employment-related decisions, including hiring, firing, supervision, scheduling, and compensation decisions. Nissan plays no role in these matters. Nissan does not involve itself in its independent dealers' employment decisions.

7. The independent dealers on which I call typically employ an Executive Manager or a General Manager who is responsible for the overall operations of the dealer. Each dealer also typically employs a Service Manager who is responsible for overseeing the day-to-day operations of the Service Department and for supervising its service technicians.

8. As a Senior Fixed Operations Manager, I generally interact with the management team for each independent dealer in my district on a monthly basis. I review with the management team financial reports and discuss ways that the independent dealer can increase foot-traffic in the Service Department, to generate more business. I do not discuss and, to my recollection, have never discussed, any matters related to the terms and conditions of employment for the dealers' service technicians. I generally do not interact with service technicians and was not even aware that either Jose J. Ayala, Jr. or Jeff Santos worked for independent dealers in my district until this lawsuit.

9. Based on my experience, and my interactions with the Nissan dealers on which I call, the Service Manager, sometimes in conjunction with the General or Executive Manager, typically decides how many technicians to hire, which individuals to interview for open technician positions, and which technicians to hire -- all without any involvement from me or from Nissan.

10. None of the dealers on which I have called has ever asked me to consult on a job posting or hiring decision and, to my knowledge, Nissan has never required an independent dealer to post a technician position or to interview or hire any particular technician. The owner and manager of the independent dealer alone makes those decisions.

11. I am aware of and have seen new car dealers, including independent Nissan dealers, post open positions on their websites and/or on public job sites, such as Indeed.com or Monster.com. Each independent dealer decides for itself the contents of a job posting, such as experience requirements and compensation ranges and other benefits it offers. None of the Nissan dealers with which I have worked, however, has ever consulted me or, to my knowledge, others at Nissan on these matters.

12. Exhibit A consists of true and correct copies of job postings for service technician jobs in Florida downloaded from public job sites. I have reviewed these job postings, and they are consistent with my understanding and knowledge of independent dealers' hiring practices. The job postings show that different independent dealers have different hiring requirements and offer different terms and conditions of employment to service technicians, including pay and benefits.

13. Each independent dealer controls the terms and conditions of its service technicians' employment without any involvement from Nissan. On compensation matters, the independent dealer -- and not Nissan -- determines its service technicians' method of payment, starting rate of pay, and any subsequent pay raises. Again, none of the Nissan dealers I call upon

has ever asked me to consult, and I have never consulted with them, on employment, compensation, or benefits decisions. Nissan does not determine the pay methods or pay rates for its independent dealers.

14. New car dealers, like other businesses, have to compete with other dealers and automobile mechanic shops to attract and retain technicians. Depending on specific circumstances, such as the local job market, in my experience an independent dealer may compensate its service technicians on an hourly basis, on a flat-rate basis, or on some other basis. Nissan does not mandate any particular method of compensation or any particular rate of pay for the service technicians working at its independent dealers. Each dealer makes those decisions for itself. I have no knowledge how or how much any of the dealers in my district pays any particular service technician it employs.

15. Each independent dealer also sets the schedules for its service technicians without any involvement from me or from Nissan. I do not know the schedule for any particular service technician or whether any service technician works more than forty (40) hours in any given workweek. No dealer has ever asked me to consult on scheduling matters and, to my knowledge, Nissan has never required its independent dealers to maintain specific schedules for their service technicians. Each independent dealer makes scheduling decisions for itself.

16. Each dealer likewise manages its service technicians' day-to-day activities, assigns work orders and other tasks to service technicians, and monitors and reviews service technicians' work performance -- all without any involvement from Nissan. It is my understanding based on my consulting with independent Nissan dealers in my role as the Senior Fixed Operations Manager, that the Service Manager evaluates technicians' performance using criteria developed by the independent dealer without any input from Nissan. An independent dealer has never asked

me to consult on managerial matters and, to my knowledge, Nissan does not require independent dealers to manage their service technicians in any particular way. Each independent dealer makes those decisions for itself.

17. Nissan also does not provide any guidance to its independent dealers regarding employment policies, such as policies related to attendance, breaks, time off, and safety. Each independent dealer or dealer group is responsible for implementing its own employment policies. Based on my experience and my work with the dealers in my district, each independent dealer or dealer group has its own employee handbook and other employment policies and practices applicable to its service technicians. No dealer has ever asked me to consult on employment policy matters and, to my knowledge, Nissan does require its independent dealers to implement any particular employment policies. Each independent dealer makes those decisions for itself.

18. More specifically, based on my experience, as with all decisions related to hiring, each independent dealer also decides whether, for what, and how to discipline its service technicians -- without any involvement from me or Nissan. The dealer independently decides whether to retain or terminate any particular service technician. The Service Manager, alone or in conjunction with the independent dealer's General Manager, Executive Manager, or Human Resources department, typically makes these decisions. No dealer has ever asked me to consult on a discipline or termination matter and, to my knowledge, Nissan does not have any involvement in any such discipline or termination decisions. In fact, none of the dealers in my district has ever informed me when it disciplined or terminated a service technician.

19. The independent dealers also make their own decisions on whether, for example, to provide tools to its service technicians as a benefit or whether to require technicians to provide their own tools. The dealers in my district do not consult me on this issue and, to my knowledge,

6

Nissan has never required service technicians working at independent dealers to purchase any tools.

20. It is my understanding that each independent dealer has its own Human Resources and Payroll Departments (or third-party vendors) separate from Nissan. To my knowledge, Nissan has never processed payroll or performed any human resources functions for any independent dealer. Each dealer is responsible for maintaining its service technicians' personnel files and other employment documents, preparing payroll for its service technicians, and paying their wages. Nissan has no involvement in, let alone control over, these matters.

21. Nissan does not know any particular service technician's (1) method of compensation; (2) pay rate; or (3) hours worked. Information concerning, for example, a technician's hourly rate, the weekly hours, or the actual compensation paid to technicians is not submitted to Nissan. Nissan does not require its independent dealers to provide this information to Nissan, and the independent dealers do not provide this information. In fact, Nissan does not have access to service technicians' paychecks, timesheets, personnel files, or other employment documents. That information and those documents are kept by each independent dealer, not Nissan.

22. As explained above, Nissan and its independent dealers operate completely separate from each other as it relates to employment matters. In my role as Senior Fixed Operations Manager, I do not consult with Nissan dealers on any matters related to their hiring, firing, compensation, benefits or similar matter. Nissan has no control over its independent dealers' employees, including their compensation and hours worked.

23. I verify, under penalty of perjury and in accordance with the laws of the United States, including 28 U.S.C. § 1746, that the information provided in this Declaration is true and correct to the best of my knowledge.

Executed on this, 1st day of February, 2022.

ELTON PRIDE

Case 6:20-cv-01625-RBD-RMN   Document 161-4   Filed 08/05/22   Page 9 of 19 PageID 3744

 

Sign in

# Nissan Master Technician

**Pat Fischer Nissan**

1128 S Hopkins Ave, Titusville, FL 32780

Up to $100,000 a year - Full-time

Employer actively reviewed job 5 days ago

---

**Pat Fischer Nissan**

14 reviews

Read what people are saying about working here.

---

Apply now

## Job details

**Salary**

Up to $100,000 a year

**Job Type**

Full-time

**Number of hires for this role**

2

---

## Qualifications

- Automotive Repair: 1 year (Required)
- Driver's License (Preferred)
- ASE Certification (Preferred)

---

## Benefits

Pulled from the full job description

Paid training   Health insurance   Dental insurance   401(k)

---

## Full Job Description

EXHIBIT A

Nissan Master Technicians needed for Fischer Nissan in beautiful Titusville, Fl. Are you tired of being just a number? Come work for an independent family owned dealer, with family values! We offer a SIGN ON BONUS*, full benefits, retirement plan, weekly pay, and plenty of hours. Salary and sign on bonus will be based on experience and certifications. Competitive pay, continuous paid training and uniforms provided. Submit resume or apply in person to Marcus Akins

Candidate must possess valid drivers license.

Job Type: Full-time

Pay: Up to $100,000.00 per year

Benefits:

- 401(k)
- Dental insurance
- Health insurance

Schedule:

- Day shift
- Monday to Friday
- Weekends

Experience:

- Automotive Repair: 1 year (Required)

License/Certification:

- Driver's License (Preferred)
- ASE Certification (Preferred)

Work Location:

- One location

Work Remotely:

- No

Work Location: One location

## Location

1128 S Hopkins Ave, Titusville, FL 32780



EXHIBIT A

Leaflet | © OpenStreetMap contributors

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Master Plasma Center Technician jobs in Titusville, FL

Jobs at Pat Fischer Nissan in Titusville, FL

Master Plasma Center Technician salaries in Titusville, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy    Terms

EXHIBIT A

 

Sign in

# Rountree Moore Nissan Service Technician Mechanic

Rountree Moore Nissan

4262 W Us Highway 90, Lake City, FL 32055

**Rountree Moore Nissan**

116 reviews

Read what people are saying about working here.

Apply now

## Benefits
*Pulled from the full job description*

Paid training   Disability insurance   Health insurance   Dental insurance   401(k)   Paid time off

Life insurance

## Indeed's salary guide

- Not provided by employer
- $47K to $59.4K per year is Indeed's estimated salary for service technician at Morgan Auto Group in Lake City, FL.

Report inaccurate salary

Our growing business is stacked with work and with more on the way. We have an excellent management team and are family owned and operated.

***Come experience the difference we can make in your life today!***

Our Service Technicians enjoy the following benefits:

- Annual year-end bonus based on production and tenure
- BUSY Shop
- Credit for other manufacturers certifications and ASE certifications
- Career path training
- Paid manufacturers training and certification
- Highest incomes in the market
- Production bonuses, Incentives and contests

EXHIBIT A

- Company sporting events and professional sporting event tickets
- State of the art equipment and tool access
- Fully stocked parts department

PLUS:

- Major Medical Insurance, Dental Insurance
- Long and Short-Term disability
- Life Insurance
- Paid time off
- 401k with company participation

If you are interested in a confidential interview, please apply today! You owe to yourself, your career and your family to see what we can do for you. We are part of the ever-growing **Morgan Auto Group** family of dealerships. If you aren't working for a growing business, you will always be limited in the opportunities a large, family owned and operated business can bring.

EOE/DFWP

## Location

4262 W Us Highway 90, Lake City, FL 32055



Leaflet | © OpenStreetMap contributors

Morgan Auto Group
30+ days ago
original job

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Service Technician jobs in Lake City, FL

Jobs at Rountree Moore Nissan in Lake City, FL

Service Technician salaries in Lake City, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy

Terms




Sign in

# Automotive Technician - Used Car

Universal Nissan Hyundai
Orlando, FL 32837
Full-time

Apply now

## Job details

**Job Type**
Full-time

## Benefits
*Pulled from the full job description*

| Health insurance | Dental insurance | Vision insurance | Employee discount | Retirement plan |

## Indeed's salary guide

- Not provided by employer
- $42.7K to $54.1K per year is Indeed's estimated salary for automotive technician at Universal Nissan Hyundai in Orlando, FL.

Report inaccurate salary

## Full Job Description

Universal Nissan-Hyundai-Genesis, Orlando's premier auto dealers, Universal Nissan/Hyundai has a rare opening for a Used Car Technician to join our successful team.

**Can you Fix Anything?**

***Are you Looking for lot's of Flat Rate Hours, Great Benefit Package, Managers Who Care and Listen, Above Average Income Opportunity and a Great Work Environment?***

We are looking for someone who is customer focused, a team player, has a strong work ethic and has the ability to grow into a leadership position.

If you're currently employed but are feeling undervalued or unhappy at your current place of employment, you should consider Universal Nissan-Hyundai-Genesis. We offer the best compensation package in all of

EXHIBIT A

Central Florida, an extremely competitive pay plan, health insurance, and retirement benefits!

**Used Automotive Technician Duties and Responsibilities**

- Perform vehicle diagnostics, repair, and maintenance in accordance with dealer and factory standards.
    - Steering, suspension, brakes, and air conditioning.
- Follow checklists to ensure thorough examination of all parts and systems.
- Identify mechanical and electrical problems with both computerized diagnostic equipment and the naked eye.
- Perform repairs thoroughly and accurately
- Participate in manufacture training programs, keeping informed of changes in technology and processes.

**Used Automotive Technician Requirements and Qualifications**

- High School diploma or equivalent preferred
- 5+ years prior automotive diagnostic and repair experience.
- Ability to work on all makes and models of vehicles
- Basic computer skills required
- Team player focused on great customer service.
- Ability to work in face-paced environment.
- Strong verbal communication skills (will be expected to relay auto repair information to customers and other mechanics)
- Detail oriented and thorough
- Organizational skills
- Critical thinking and troubleshooting skills
- Mechanically and analytically minded
- Physical strength and stamina, and ability to lift 50 lbs. unassisted

**Job Type:** Full-time

**Benefits offered:**

- Health insurance
- Dental insurance
- Vision insurance
- Retirement benefits
- Employee discounts

I certify that all the information on this application, my resume, and all supporting documents is correct, and I understand that any misrepresentation or omission of any information may result in disqualification from consideration for employment or, if employed, my termination.

I understand that this application is not a contract, offer or promise of employment. If hired, I will be able to resign at any time for any reason. Likewise, my employment can be terminated at any time, with or without any reason. I further understand that if hired, my employment is at will.

I authorize the company to which I am applying and its agents to investigate all statements contained in this application and/or my resume. I further understand that a credit and background check may be made including, but not limited to, consumer credit history, driving record, employment, military, education and

EXHIBIT A

general public records which will provide information concerning my character, general reputation and mode of living. I hereby authorize my former employers, educational institutions and individuals named to furnish all information pertaining to my work and educational record. I release my former employers, educational institutions, supervisors, co-workers and references from all liability on account of furnishing information to the company and its agents. I further release the company and its agents from any liability as the result of such contacts and in connection with obtaining any credit and background checks. Should a credit report be requested, I understand and agree that a separate authorization form will be utilized, as required by law.

If required by law, a copy of this report will be provided to me. I hereby release from liability the employer and its representative for seeking such information and all other persons, corporations or organizations for furnishing such information.

I understand and agree that, as a condition of employment, I may be required to sign a non-compete agreement and/or a conflict of interest statement.

I understand the company may now have, or may establish, a drug-free workplace or a post-accident drug-testing program. If either has one now or implements one in the future, and I am offered a conditional offer of employment, I agree to work under the conditions requiring a drug-free workplace. I also understand and agree that I may be subject to urinalysis and/or blood screening or other medically recognized tests designed to detect the presence of alcohol and/or drugs as a condition of continued at-will employment, and following any work-related injury as allowed under applicable law. I also agree to undergo random, fitness for duty, return to work, and reasonable suspicion alcohol and drug testing. Refusal to take such tests when asked may result in termination.

I understand that only individuals who are authorized to work in the United States are eligible for hire.

This application is current for only sixty (60) days. At the conclusion of this time, if you have not been contacted and still wish to be considered for employment, it will be necessary for you to complete a new application.

By clicking "Apply Now" and/or "SUBMIT APPLICATION" the applicant understands and agrees to the above statements.

pFLT7vcKAt

Universal Nissan Hyundai
5 days ago
original job

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Automotive Technician jobs in Orlando, FL

EXHIBIT A

Case 6:20-cv-01625-RBD-RMN    Document 161-4   Filed 08/05/22   Page 18 of 19 PageID 3753

Jobs at Universal Nissan Hyundai in Orlando, FL

Automotive Technician salaries in Orlando, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy Terms

EXHIBIT A

 Sign in 

# Wesley Chapel Nissan Service Technician Mechanic

Wesley Chapel Nissan

28519 Wesley Chapel Blvd, Wesley Chapel, FL 33543

**Wesley Chapel Nissan**

116 reviews

Read what people are saying about working here.

Apply now

## Benefits

*Pulled from the full job description*

Paid training  Disability insurance  Health insurance  Dental insurance  401(k)  Paid time off
Life insurance

## Indeed's salary guide

- Not provided by employer
- $47K to $59.4K per year is Indeed's estimated salary for service technician at Morgan Auto Group in Wesley Chapel, FL.

Report inaccurate salary

Wesley Chapel Nissan has immediate opening for line technician. Our growing business is stacked with work and with more on the way. We have an excellent management team and are family owned and operated. Our employee support is unmatched.

**Our employees will enjoy the following benefits:**

- Major Medical Insurance, Dental Insurance
- Long and Short-Term disability
- Life Insurance
- Paid time off
- Credit for other manufacturers certifications and ASE certifications
- 401k with company participation
- Annual year-end bonus based on production and tenure

EXHIBIT A