- Paid manufacturers training and certification
- Production bonuses, Incentives and contests
- State of the art equipment and tool access
- Fully stocked parts department

You owe it to your career, your family and yourself to schedule a confidential interview to see what we can do to kickstart your career.
We are family owned and operated and realize the success of our business is only as good as the team we build. Come experience the difference we can make in your life today!

EOE/DFWP


#glassdoor

---

## Location

28519 Wesley Chapel Blvd, Wesley Chapel, FL 33543



Leaflet | © OpenStreetMap contributors

---

Morgan Auto Group
30+ days ago
original job

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

### Report job

---

Service Technician jobs in Wesley Chapel, FL

Jobs at Wesley Chapel Nissan in Wesley Chapel, FL

Service Technician salaries in Wesley Chapel, FL

Hiring Lab     Career Advice     Browse Jobs     Browse Companies     Salaries     Find Certifications     Browse Schools

Indeed Events     Work at Indeed     Countries     About     Help Center

© 2022 Indeed     Do Not Sell My Personal Information     Accessibility at Indeed     Privacy Center     Cookies     Privacy

Terms

 

# Automotive Service Technician

Reed Auto Group

📍 16005 Sr 50, Clermont, FL 34711

$14 - $25 an hour  - Full-time

Employer actively reviewed job 11 days ago

**Apply now**   ♡

## Job details

**Salary**

$14 - $25 an hour

**Job Type**

Full-time

**Number of hires for this role**

3

## Qualifications

- Automotive Repair: 1 year (Preferred)
- EPA 609 Certification (Preferred)
- Driver's License (Preferred)

## Benefits

*Pulled from the full job description*

Health savings account    Health insurance    Dental insurance    401(k)    Paid time off

Vision insurance    401(k) matching    Life insurance

## Full Job Description

Reed Automotive Group has been in business for over 70 years, and owns/operates 3 retail automotive dealerships in Central Florida. Our group also has insurance agencies and body shops. Our Service Lanes are extremely high volume, with one of the largest customer bases in the State. Our group is

EXHIBIT A

ranked as one of the top Nissan stores in the country! We are currently hiring for both Nissan locations.

**Responsibilities:**

- Performing work specified on the repair order with efficiency and in accordance with dealership systems and processes.
- Test-drive vehicles, and test components and systems, using diagnostic tools and special service equipment
- Diagnosing, maintaining, and repairing vehicle automotive systems including engine, transmission, electrical steering, suspension, brakes, air conditioning, etc
- Communicating directly with the Service Advisor so that customers can be informed if any additional service is needed. Providing an estimate of time needed for additional repairs
- Executing repairs under warranty to manufacturer specifications

**Job Requirements**

- High School diploma
- Must have at least 2 years of experience as an auto technician, import preferred
- Ability to read and comprehend written instructions and information
- Knowledge in all aspects of automotive repair and maintenance
- A fast learner
- Excellent oral and written communication skills
- Excellent Customer Service Skills
- Team Player
- Must have a valid driver's license
- Ensures that customer's cars are kept clean
- To maintain his stall in an orderly and clean manner

**Skills/Qualifications**

- Ability to identify problems quickly
- Good knowledge of automobiles
- Effective analytical and communication skills
- Good reading, computer, and mathematics skills
- Ability to learn new technology and repair and service procedures and specifications
- Should be able to operate electronic diagnostic equipment
- ASE and Factory Certifications

**Benefits**

- Paid time off
- Family owned and operated
- Health, Dental, Vision, & Life Insurance
- 401k
- Internal Growth
- Competitive Pay with Lots of Opportunity for High Volume of Hours Sold
- Pay Based on Skill Level and Experience

Job Type: Full-time

EXHIBIT A

Pay: $14.00 - $25.00 per hour

Benefits:

- 401(k)
- 401(k) matching
- Dental insurance
- Health insurance
- Health savings account
- Paid time off
- Vision insurance

Schedule:

- 10 hour shift

Experience:

- Automotive Repair: 1 year (Preferred)

License/Certification:

- EPA 609 Certification (Preferred)
- Driver's License (Preferred)

Work Location:

- One location

Skills:

- Computer literacy
- Alignment
- Mechanic experience
- Driving
- Brakes

Vehicle Type:

- Cars and light trucks

Shop Type:

- Dealership

Tool Reimbursement:

- No

Certification Reimbursement:

- Yes

This Job Is:

EXHIBIT A

- A job for which military experienced candidates are encouraged to apply
- Open to applicants who do not have a college diploma

Other Duties:

- Read manufacturer's drawings and manuals
- Basic computer and internet literacy
- Operate a variety of hand, power, and shop tools
- Use computer diagnostic equipment

Company's website:

- REEDNISSANCLERMONT.COM

Benefit Conditions:

- Only full-time employees eligible

Work Remotely:

- No

Work Location: One location

## Location

 16005 Sr 50, Clermont, FL 34711





30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

 **Report job**

Automotive Technician jobs in Clermont, FL

EXHIBIT A

Jobs at Reed Auto Group in Clermont, FL

Automotive Technician salaries in Clermont, FL

Hiring Lab       Career Advice       Browse Jobs       Browse Companies       Salaries       Find Certifications       Browse Schools

Indeed Events       Work at Indeed       Countries       About       Help Center

© 2022 Indeed       Do Not Sell My Personal Information       Accessibility at Indeed       Privacy Center       Cookies

Privacy       Terms

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

Sign In

Job Location
Greenway Nissan Jacksonville - Jacksonville, FL



**Greenway Automotive Group** is one of the world's most progressive, privately held automotive companies proudly serving Florida, Alabama, Georgia, Missouri, Pennsylvania, Tennessee, Texas, and China. The Group's 44 domestic automotive dealerships include some of the nation's top ranked performers in sales, service, customer satisfaction, and profitability. *Greenway Automotive Group is an Equal Opportunity Employer.*

## DESCRIPTION:

**Greenway Nissan of Jacksonville is looking for a reliable and motivated Automotive Technician to join our team!**

Come join the new and improved Greenway Nissan of Jacksonville! Our ideal candidate will have demonstrated experience as an automotive technician with high quality vehicle maintenance and repair experience who can maintain, repair and deliver vehicles while providing exceptional service to customers. This candidate should feel confident working independently and in a team environment.

**Why should you apply?**
**** 5 Day Work Week!**
**** CLOSED SUNDAYS!**

*Technicians with an ASE certificate are highly encouraged to apply! Automotive Dealership experience is Plus!*

*We offer a great Benefits package and we are geared for success!*

## RESPONSIBILITIES:

- Performs work specified on the repair order with efficiency and in accordance with dealership standards
- Test-drives vehicles and tests components and systems using diagnostic tools and special service equipment
- Diagnoses, maintains, and repairs automotive transmissions and related systems
- Communicates directly with the Service Advisor so that customers can be informed if any additional service is needed, providing an estimate of time needed for additional repairs
- Executes repairs under warranty to manufacturer specifications

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

EXHIBIT A

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

- Have working knowledge of shop equipment such as wheel and tire equipment, alignment system, diagnostic equipment, AC equipment and lift operation
- Must be able to read, interpret, and transcribe data in order to maintain accurate records
- Ability to maintain a professional appearance and provide friendly customer service
- Excellent communication, customer service, and problem solving skills, including the ability to maintain composure under stress
- Must have a valid driver's license and clean driving history

**BENEFITS:**

- Competitive Pay
- Individual Production Bonus
- 5 Day Work Week With A 4 Day Option - CLOSED SUNDAYS!
- Paid Vacation
- Employee Purchase and Service Discounts
- Full Benefits options including Medical, Dental, Vision, Life, Disability and Accident
- 401(k) Retirement Savings Plan
- State of the Art Facility with a Professional Work Environment
- 2 Bay Guarantee

**Apply Now**

Legal First Name*

Legal Last Name*

Email*

Confirm Email*

Phone*
ATTACH RESUME

Start Application
*chevron_left*

**Sign In**

Welcome ! It looks like you have an account with this email. Please enter your password to complete your application.

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

EXHIBIT A

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

**Thanks!**

An email has been sent to you with a password to access your account.

---

Ready for the next step?

[Add your availability!](#)

View More Listings

[Apply](#)

✕

**Apply Now**

Legal First Name*

Legal Last Name*

Email*

Confirm Email*

Phone*
ATTACH RESUME

Start Application

*chevron_left*

**Sign In**

Welcome ! It looks like you have an account with this email. Please enter your password to complete your application.

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

**Thanks!**

An email has been sent to you with a password to access your account.

---

Ready for the next step?

[Add your availability!](#)

View More Listings

Terms of Use | Paycom Privacy Policy | © 2022 Paycom | All Rights Reserved.

✕

**Sign In**

Email*

Email

Password*

Password

Sign In

**Or**

Create Account

[Forgot password?](#)

*chevron_left*

**Create an Account**

Email*

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

EXHIBIT A

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

First Name

**Last Name\***

Last Name

Create Account

This website uses cookies to customize and improve your experience. If you are a California resident, you may be entitled to certain rights regarding your personal information. Additional information about our data collection practices and location specific notices is available on our privacy policy.

Accept Cookies

EXHIBIT A

 

# Automotive Technician - Up to $10K Signing BONUS! Pinellas Area

**Crown Automotive**

📍 6001 34th St N, Saint Petersburg, FL 33714

Full-time, Part-time

---

**Crown Automotive**    ›

⯪⯪⯪⯪⯪ 90 reviews

Read what people are saying about working here.

---

**Apply now**    ♡

| Job | Company |

## Job details

**Job Type**
Full-time
Part-time

---

## Benefits

*Pulled from the full job description*

Paid training    Disability insurance    Health insurance    Dental insurance    401(k)

Flexible spending account    Paid time off    Vision insurance    401(k) matching

Opportunities for advancement    Life insurance

---

## Indeed's salary guide

- Not provided by employer

- $63.2K to $80K per year is Indeed's estimated salary for automotive technician at Crown Automotive Group in Saint Petersburg, FL.  ❓

Report inaccurate salary

EXHIBIT A

## Full Job Description

Overview:
**SIGNING BONUS (UP TO $10,000 FOR QUALIFIED TECHNICIANS)!**

**Work for a 2021 TOP Workplace!** Crown Automotive Group is the ONLY Automotive Dealer awarded the 2021 Tampa Bay TOP Workplace honor! We *are* family at Crown and we strive daily to ensure our employees are proud to work here! Crown has been a family-owned and operated business since 1969 with dealership locations in the Tampa Bay and Tallahassee areas, as well as additional locations in Tennessee and Ohio.

**Crown Automotive Group is adding technicians in our Pinellas County Service Departments!**

APPLY NOW ONLINE and/or contact our Service Managers directly at the following locations for available opportunities:

- For Crown Audi Clearwater contact Todd Emery at temery@crowncars.com
- For Crown Acura Clearwater contact Scott Wienke at swienke@crowncars.com
- For Crown Eurocars contact Frank Caporicci at fcaporicci@crowncars.com
- For Crown Honda contact John Veltri at jveltri@crowncars.com
- For Crown Volvo contact Charlie Apple at capple@crowncars.com
- For Crown Jaguar/Land Rover contact Chad Hauser at chauser@crowncars.com
- For Crown KIA/Mitsubishi contact Cliff Stoufer at cstoufer@crowncars.com
- For Crown Hyundai contact Chris Sanborn at csanborn@crowncars.com
- For Crown Buick-GMC contact Bill Hevel at whevel@crowncars.com
- For Crown Nissan contact Shawn Meehan at smeehan@crowncars.com

***MANY of our Pinellas Service Bays have been remodeled or totally re-built with Air Conditioned, State-Of-The-Art comfort***. In addition, ALL of our Service Facilities include a team of PROFESSIONALS who are knowledgeable, personable and customer-service oriented!

**Here's some of what we offer:**

- **SIGNING BONUS (UP TO $10,000 FOR QUALIFIED TECHNICIANS)!**
- Flexible work week schedules available – Full-time – Part-time - Flex-time…
- Salary-based pay plans available with bonuses
- HIGHEST FLAT-RATE Pay plans in the area
- Paid Time Off (PTO) Up to 28 paid days off per year for tenured employees
- Low cost / TOP Rated employee medical, dental and vision insurance
- Short- and long-term disability coverage
- Life insurance
- Flexible spending accounts
- 401k w/ company match

EXHIBIT A

***PLUS...***

- The stability of an established company
- Plenty of work with an expanding customer base
- Paid factory training and certifications
- Advancement opportunities including a Technician Career Pathway
- Opportunities to serve your community

**Basic credentials for the Automotive Service Technician position include:**

- Automotive service technician experience
- Commitment to be the best automotive service technician in the business
- Devotion to your work as a career
- Ability to work on your feet for extended periods of time
- Ability to lift at least 50 lbs.
- Manufacturer and/or ASE certifications, a plus
- Automotive technical school graduate, a plus

**If you are committed to providing top-quality automotive service and would like to build a rewarding career as a member of the Crown family, apply online or reach out to our service managers today.**

**Thank you for your interest in joining the Crown Team of Service Technician Professionals!**

EOE/DFWP

Crown Automotive Group

INDCAGTECHS

## Location

◎ 6001 34th St N, Saint Petersburg, FL 33714



Leaflet | © OpenStreetMap contributors

Crown Automotive
24 days ago
original job

EXHIBIT A

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

 **Report job**

---

Automotive Technician jobs in Saint Petersburg, FL

Jobs at Crown Automotive in Saint Petersburg, FL

Automotive Technician salaries in Saint Petersburg, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies

Privacy    Terms

EXHIBIT A



# Experienced/Certified Service Technician

🏢 **Gainesville Nissan**     📍 Gainesville, FL     🕐 Full Time

**APPLY NOW**     or     **APPLY WITH INDEED**

**About Us**

Here at Gainesville Nissan, our team enjoys a great culture, company outings, and opportunities for advancement. If you are interested in a career within the Automotive Industry, we welcome you to apply!

**Benefits**

- 401(K) Plan
- Medical Plan
- Dental Plan
- Vision Plan
- Company Outings
- Employee Discounts on Vehicles, Parts & Service
- Bonus Incentives
- Opportunities for Advancement
- High Volume Dealership
- Air Conditioned Shop
- Closed on Holidays
- Speciality Tools in stock

**Responsibilities**

- Perform work specified on the repair order with efficiency and in accordance with dealership policies and procedures.
- Test-drive vehicles, and test components and systems, using diagnostic tools and special service equipment.
- Diagnose, maintain, and repair vehicle automotive systems including engine, transmission, electrical steering, suspension, brakes, air conditioning, etc.
- Communicate directly with the Service Advisor so that customers are well-informed of any additional services needed.
- Provide an estimate of time needed for additional repairs.

EXHIBIT A

- Executing repairs under warranty to manufacturer specifications.

**Qualifications**
- 5+ years of Service Technician experience required
- ASE Certification required
- A-level qualifications, including Diagnostic, Electrical and Engine Repair
- Broad knowledge of new vehicle technologies
- Ambitious, hardworking presence in a team environment
- Excellent customer service skills
- Basic computer skills
- Positive, friendly attitude, along with a customer service mentality
- Enjoy working in a dynamic environment
- Ability to collaborate effectively
- Ability to learn new technology, repair and service procedures and specifications
- Able to operate electronic diagnostic equipment
- Minimum high school diploma or GED equivalent required
- Valid driver's license and clean driving record

*We are an equal opportunity employer and prohibit discrimination/harassment without regard to race, color, religion, age, sex, national origin, disability status, genetics, protected veteran status, sexual orientation, gender identity or expression, or any other characteristic protected by federal, state or local laws.*

⬆ Hide full job description

---

# Apply for Experienced/Certified Service Technician

| First name | Last name |
|---|---|

Email address

Phone number

☑ I would like to receive updates about my application via SMS

EXHIBIT A

Address

City

**State/Province**
FL ⌄

Zip/Postal Code

**Please add your resume** (optional)

*10MB limit; .pdf, .doc, and .docx file types are accepted.*

🔗 **ATTACH FILE**

**Please add your cover letter** (optional)

*10MB limit; .pdf, .doc, and .docx file types are accepted.*

🔗 **ATTACH FILE**

---

## Work History

Company name

City

State ⌄

Job title held

**Start date**

MM / YYYY

**End date**

MM / YYYY   ☐ Current

EXHIBIT A

## Education

Highest level of education completed ⌄

---

## Other Information

**Why do you think this position is a good fit for you? (optional)**

**Do you have a legal right to work for any employer in the United States?**

Select ⌄

---

### Signature and Verification

I certify that answers given herein are true, accurate, and complete to the best of my knowledge. I authorize investigation into all statements I have made on this Form as may be necessary for reaching an employment decision. In the event I am employed, I understand that any false or misleading information I knowingly provided herein or in subsequent interviews may result in discharge and/or legal action. I understand that this Career History Form is not the sole basis from which a hiring decision has been made, and understand that this Form will be used in conjunction with a series of interviews and assessments to determine my suitability for the role to which I am applying.

Full Name

Date: 1/10/2022

EXHIBIT A

**SUBMIT YOUR APPLICATION**

Please contact us if you would like to better understand our data collection and usage policies.

**Gainesville Nissan**

Powered by Hireology

See our Privacy Policy and Terms of Use

 

Sign in

# Nissan Master Technician - Up To $20,000 Relocation/Sign On Bonus

**Harbor Nissan**

4336 Tamiami Trl, Punta Gorda, FL 33980

$28 - $38 an hour  - Full-time

Employer actively reviewed job 6 days ago

## Harbor Nissan ›

26 reviews

Read what people are saying about working here.

**Apply now**

## Job details

**Salary**

$28 - $38 an hour

**Job Type**

Full-time

**Number of hires for this role**

1

## Qualifications

- ASE Master Automotive Technician Certification (Required)
- US work authorization (Required)

## Benefits

*Pulled from the full job description*

Paid training | Relocation assistance | Health insurance | Dental insurance | 401(k) | Paid time off
Vision insurance | 401(k) matching | Employee discount | Professional development assistance
Life insurance | Referral program | Retirement plan

## Full Job Description

**This posting is for a very specific position and I ask if you don't meet the requirements then please don't apply.**

Harbor Nissan is hiring for a Nissan Master Technician. This position, if relocating, includeds a very aggressive and comprehensive relocation package and sign on bonus. This package is to ensure your comfort and success at Harbor Nissan while encouraging a long term working relationship.

Harbor Nissan has a lot to offer a career-minded Technician. We are looking for a Nissan Master Technician that is searching for a lifelong career, not just a job. With that dedication from our employees, we also dedicate our resources to you. We will provide paid training. Equipment has all been updated within the last two years. We have the latest software that allows for the most efficient work environment possible. Software handles all inter-department communication, electronic notification of parts pulling and availability, electronic vehicle MPI, and easy customer communication thru text and email.

This position requires you to already have Nissan Master Certification and prove that you have the knowledge to go with that Certification.

**Sign on Relocation Package for the right Canidate will Top out as high as $20,000**

Job Type: Full-time

Pay: $28.00 - $38.00 per hour

Benefits:

- 401(k)
- 401(k) matching
- Dental insurance
- Employee discount
- Health insurance
- Life insurance
- Paid time off
- Professional development assistance
- Referral program
- Relocation assistance
- Retirement plan
- Vision insurance

Schedule:

- 8 hour shift
- Monday to Friday
- Weekend availability

Supplemental Pay:

- Bonus pay
- Signing bonus

Ability to commute/relocate:

EXHIBIT A

- Punta Gorda, FL 33980: Reliably commute or willing to relocate with an employer-provided relocation package (Required)

Experience:

- Nissan Master Tech: 5 years (Required)

License/Certification:

- ASE Master Automotive Technician Certification (Required)

Work Location: One location

## Location

4336 Tamiami Trl, Punta Gorda, FL 33980



Leaflet | © OpenStreetMap contributors

9 days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Master Plasma Center Technician jobs in Punta Gorda, FL

Jobs at Harbor Nissan in Punta Gorda, FL

Master Plasma Center Technician salaries in Punta Gorda, FL

Hiring Lab      Career Advice      Browse Jobs      Browse Companies      Salaries      Find Certifications      Browse Schools

Indeed Events      Work at Indeed      Countries      About      Help Center

EXHIBIT A

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy

Terms

EXHIBIT A

Case 6:20-cv-01625-RBD-RMN Document 161-5 Filed 03/05/22 Page 26 of 43 PageID 3780

 Sign in ☰

# Experienced Used Car Technician

Lorenzo Nissan Ft. Lauderdale

📍 1051 S Federal Hwy, Fort Lauderdale, FL 33316

From $20 an hour  - Full-time

**Apply now**

## Job details

**Salary**

From $20 an hour

**Job Type**

Full-time

**Number of hires for this role**

1

## Qualifications

- Automotive Repair: 3 years (Required)
- High school or equivalent (Preferred)
- ASE Certification (Preferred)

## Benefits

*Pulled from the full job description*

| Health insurance | Dental insurance | 401(k) | Paid time off | Vision insurance | 401(k) matching |

| Employee discount |

## Full Job Description

Lorenzo Nissan Ft. Lauderdale has an opening for an experienced Used Car Mechanic/Technician. Must be fluent in various makes and models. Understanding of keeping repair costs low, but keeping our customers' safety in mind. Apply today via Indeed or in person with the Service Manager

Job Type: Full-time

EXHIBIT A

Pay: From $20.00 per hour

Benefits:

- 401(k)
- 401(k) matching
- Dental insurance
- Employee discount
- Health insurance
- Paid time off
- Vision insurance

Education:

- High school or equivalent (Preferred)

Experience:

- Automotive Repair: 3 years (Required)

License/Certification:

- ASE Certification (Preferred)

Work Location: One location

---

## Location

1051 S Federal Hwy, Fort Lauderdale, FL 33316



Leaflet | © OpenStreetMap contributors

---

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Automotive Mechanic jobs in Fort Lauderdale, FL

Jobs at Lorenzo Nissan Ft. Lauderdale in Fort Lauderdale, FL

Automotive Mechanic salaries in Fort Lauderdale, FL

Hiring Lab     Career Advice     Browse Jobs     Browse Companies     Salaries     Find Certifications     Browse Schools

Indeed Events     Work at Indeed     Countries     About     Help Center

© 2022 Indeed     Do Not Sell My Personal Information     Accessibility at Indeed     Privacy Center     Cookies     Privacy

Terms

EXHIBIT A

 Sign in 

# Nissan Master Technician

**Pat Fischer Nissan**

1128 S Hopkins Ave, Titusville, FL 32780

Up to $100,000 a year  - Full-time

Employer actively reviewed job 6 days ago

**Pat Fischer Nissan**                                                                    ›

14 reviews

Read what people are saying about working here.

Apply now

## Job details

**Salary**

Up to $100,000 a year

**Job Type**

Full-time

**Number of hires for this role**

2

## Qualifications

- Automotive Repair: 1 year (Required)
- Driver's License (Preferred)
- ASE Certification (Preferred)

## Benefits

*Pulled from the full job description*

| Paid training | Health insurance | Dental insurance | 401(k) |

## Full Job Description

Nissan Master Technicians needed for Fischer Nissan in beautiful Titusville, Fl. Are you tired of being just a number? Come work for an independent family owned dealer, with family values! We offer a SIGN ON BONUS*, full benefits, retirement plan, weekly pay, and plenty of hours. Salary and sign on bonus will be based on experience and certifications. Competitive pay, continuous paid training and uniforms provided. Submit resume or apply in person to Marcus Akins

Candidate must possess valid drivers license.

Job Type: Full-time

Pay: Up to $100,000.00 per year

Benefits:

- 401(k)
- Dental insurance
- Health insurance

Schedule:

- Day shift
- Monday to Friday
- Weekends

Experience:

- Automotive Repair: 1 year (Required)

License/Certification:

- Driver's License (Preferred)
- ASE Certification (Preferred)

Work Location:

- One location

Work Remotely:

- No

Work Location: One location

---

## Location

1128 S Hopkins Ave, Titusville, FL 32780



EXHIBIT A

Leaflet | © OpenStreetMap contributors

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Master Plasma Center Technician jobs in Titusville, FL

Jobs at Pat Fischer Nissan in Titusville, FL

Master Plasma Center Technician salaries in Titusville, FL

Hiring Lab     Career Advice     Browse Jobs     Browse Companies     Salaries     Find Certifications     Browse Schools

Indeed Events     Work at Indeed     Countries     About     Help Center

© 2022 Indeed     Do Not Sell My Personal Information     Accessibility at Indeed     Privacy Center     Cookies     Privacy

Terms

indeed                                                     [ Sign in ]    ☰

# Nissan Service Technician

**Weston Nissan Volvo**
Davie, FL 33331
Full-time

**Weston Nissan Volvo**                                                               ›

▬▬▬▬▬▬  3 reviews
Read what people are saying about working here.

Apply now

## Job details

**Job Type**
Full-time

## Benefits

*Pulled from the full job description*

[ Health insurance ]   [ Dental insurance ]   [ 401(k) ]   [ Vision insurance ]

## Indeed's salary guide

- Not provided by employer

- $46.8K to $59.2K per year is Indeed's estimated salary for service technician at Weston Nissan Volvo in Davie, FL. ⊘

Report inaccurate salary

## Full Job Description

Weston Nissan is one of the nation's largest and best Nissan dealerships. We serve the Ft. Lauderdale community in Broward County, Florida. Our team enjoys a fantastic culture and great hours with a company-wide focuses to help you grow both personally and professionally. We're interested in helping you advance your career because we know that happy employees lead to happier customers! Nissan sales nationally and locally keep growing and thus so does the service work required. Relocate to sunny South Florida and enjoy the great weather year around. RELOCATION ALLOWANCE AVAILABLE! SIGNING BONUS AVAILABLE BASED ON EXPERIENCE!

EXHIBIT A

1/18/22, 6:54 AM                           Nissan Service Technician - Davie, FL 33331 - Indeed.com

**What We Offer:**

- Health, dental and vision insurance
- 401k
- Continuous training programs
- Signing bonus based on experience
- Relocation Allowance
- Great hourly pay
- Sundays off for the parts and service departments

**Summary:**

Inspect, maintain, and repair Nissan automobiles. Execute basic maintenance like tire rotations and oil changes, diagnose complex problems and plan and execute vehicle repairs.

**Responsibilities:**

- Performs multi-point inspection
- Recommends services based on findings from thorough inspection
- Perform customer pay and warranty repairs

Weston Nissan Volvo
30+ days ago
original job

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

---

Service Technician jobs in Davie, FL

Jobs at Weston Nissan Volvo in Davie, FL

Service Technician salaries in Davie, FL

Hiring Lab      Career Advice      Browse Jobs      Browse Companies      Salaries      Find Certifications      Browse Schools

Indeed Events      Work at Indeed      Countries      About      Help Center

© 2022 Indeed      Do Not Sell My Personal Information      Accessibility at Indeed      Privacy Center      Cookies      Privacy

Terms

**indeed**

Sign in

# Automotive Technician

Pat Fischer Nissan

1128 S Hopkins Ave, Titusville, FL 32780

$20 - $32 an hour  - Full-time

Employer actively reviewed job 2 days ago

**Pat Fischer Nissan**                                                                                          >

14 reviews

Read what people are saying about working here.

Apply now

## Job details

**Salary**

$20 - $32 an hour

**Job Type**

Full-time

**Number of hires for this role**

2

## Qualifications

- Driver's License (Required)
- High school or equivalent (Preferred)
- Automotive Repair: 1 year (Preferred)
- ASE Certification (Preferred)

## Benefits

*Pulled from the full job description*

Paid training     Health insurance     Dental insurance     401(k)

## Full Job Description

*Automotive Service Technician*

Experienced technicians needed for Fischer Nissan. Come join a family oriented organization and work in a brand new state of the art facility. Nissan certifications a definite plus!! We offer full benefits, retirement plan, weekly pay, and

EXHIBIT A

plenty of hours. Salary will be based on experience and certifications. Competitive pay, continuous paid training and uniforms provided. Submit resume or apply in person to Charles Kirby

Candidate must possess valid drivers license.
*Related keywords: automotive technician, mechanic, automotive*

Job Type: Full-time

Pay: $20.00 - $32.00 per hour

Benefits:

- 401(k)
- Dental insurance
- Health insurance

Schedule:

- Monday to Friday
- Weekends

Education:

- High school or equivalent (Preferred)

Experience:

- Automotive Repair: 1 year (Preferred)

License/Certification:

- Driver's License (Required)
- ASE Certification (Preferred)

Work Location:

- One location

Skills:

- Mechanic experience

Vehicle Type:

- Cars and light trucks

Shop Type:

- Dealership

Tool Reimbursement:

- No

Certification Reimbursement:

- Yes

Company's website:

- FISCHERCARS.COM

EXHIBIT A

Work Remotely:

- No

Work Location: One location

## Location

1128 S Hopkins Ave, Titusville, FL 32780



Leaflet | © OpenStreetMap contributors

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Automotive Technician jobs in Titusville, FL

Jobs at Pat Fischer Nissan in Titusville, FL

Automotive Technician salaries in Titusville, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools    Indeed Events

Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy    Terms



Sign in

# Automotive Technician

**Southern 441 Nissan**
Palm Beach Gardens, FL
$45,000 - $140,000 a year  -  Full-time

**Southern 441 Nissan**                                             >

4 reviews

Read what people are saying about working here.

Apply now

## Job details

**Salary**
$45,000 - $140,000 a year

**Job Type**
Full-time

**Number of hires for this role**
On-going need to fill this role

## Benefits
*Pulled from the full job description*

| Health savings account | Health insurance | Dental insurance | 401(k) | Flexible spending account |

| Tuition reimbursement | Paid time off | Vision insurance | 401(k) matching | Employee discount |

| Flexible schedule | Life insurance | Referral program | Food provided | Retirement plan |

## Full Job Description

**WE ARE GROWING; RAPIDLY WITH OPPORTUNITY TO GROW WITHIN!!**

**WE ARE OFFERING UP TO A $3,000 SIGN ON BONUS FOR A MASTER AUTOMOTIVE SHOP TECHNICIAN!**

NISSAN CERTIFIED PREFERRED.

**WE ARE DIFFERENT FROM THE REST, HERE IS WHY:**

- *CLOSED SUNDAYS!*
- *2 DAYS OFF A WEEK!!*
- *FREE LUNCH PROVIDED EVERY SATURDAY!*
- *401K MATCHING!*
- *BCBS HEALTH INSURANCE!*
- *LOCALLY OWNED AND OPERATED!*

As a *Greenacres Nissan* Technician you will be expected to preform some of the following, but not limited to:

- test components and systems using diagnostic equipment
- discuss your findings with customer and obtain approval to move forward.
- replace and balance tires
- assist with oil changes/tire rotations
- maintain a safe and clean work enviornment
- maintain ASE certification

*Sign on bonus listed herein; will be determined by experience/certifications, and will be distributed by dealership policy.*

Job Type: Full-time

Pay: $50,000.00 - $150,000.00 per year*

Work Remotely

- No

Job Type: Full-time

Pay: $45,000.00 - $140,000.00 per year

Benefits:

- 401(k)
- 401(k) matching
- Dental insurance
- Employee discount
- Flexible schedule
- Flexible spending account
- Health insurance
- Health savings account
- Life insurance
- Paid time off
- Referral program
- Retirement plan
- Tuition reimbursement
- Vision insurance

Schedule:

- Monday to Friday

EXHIBIT A

- Weekend availability

Supplemental Pay:

- Bonus pay
- Commission pay
- Signing bonus

Work Location: One location

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

---

[Automotive Technician jobs in Palm Beach Gardens, FL](#)

[Jobs at Southern Nissan in Palm Beach Gardens, FL](#)

[Automotive Technician salaries in Palm Beach Gardens, FL](#)

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy

Terms





Sign in

# Automotive Technician

Sutherlin Nissan Vero Beach

946 S Us Highway 1, Vero Beach, FL 32962

$48,000 - $88,000 a year  - Full-time

Employer actively reviewed job 4 days ago

**Apply now**

## Job details

**Salary**

$48,000 - $88,000 a year

**Job Type**

Full-time

**Number of hires for this role**

2

## Qualifications

- Automotive repair: 1 year (Preferred)
- US work authorization (Preferred)

## Benefits

*Pulled from the full job description*

| Health insurance | Dental insurance | 401(k) | Tuition reimbursement | Paid time off |

| Vision insurance | Employee discount | Flexible schedule | Life insurance | Retirement plan |

## Full Job Description

**IMMEDIATE OPENING!!!!!**

**Sutherlin Nissan Vero Beach** service department is expanding! We believe in hiring and keeping the best employees in the business. Our dedication to customers, employees and our community is what sets our dealership apart from other dealerships.

EXHIBIT A

Qualifications

- 1- 2 years experience, automotive technician experience. **Preferably with used cars/trucks (any brands)**
- We are looking for a self-starter with excellent technical and communication skills that wants to grow with us and complement our stable of mechanical All-Stars.

**Service Technician - Job Responsibilities:**

- Safety and courtesy inspections.
- General lube, oil change and maintenance services.
- Light duty maintenance on vehicles
- Diagnostic services through proficient use of electronic test equipment.
- Specialized repair and replacement services to include: fuel injection systems, on-board computer systems, and emission control systems.
- ASE Certified a plus but not mandatory

**Service Technician - Requirements:**

- MUST HAVE OWN TOOLS
- Basic computer skills required
- 1-2 years relevant experience
- Valid driver's license and good driving record
- Undergo background check

Job Type: Full-time

Pay: $48,000.00 - $88,000.00 per year

Benefits:

- 401(k)
- Dental insurance
- Employee discount
- Flexible schedule
- Health insurance
- Life insurance
- Paid time off
- Retirement plan
- Tuition reimbursement
- Vision insurance

Schedule:

- 8 hour shift
- Overtime

Supplemental Pay:

- Bonus pay
- Commission pay
- Signing bonus

Experience:

- Automotive repair: 1 year (Preferred)

Work Location:

- One location

Work Remotely:

- No

Work Location: One location

---

## Location

946 S Us Highway 1, Vero Beach, FL 32962



Leaflet | © OpenStreetMap contributors

---

30+ days ago

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

---

Automotive Technician jobs in Vero Beach, FL

Jobs at Sutherlin Nissan Vero Beach in Vero Beach, FL

Automotive Technician salaries in Vero Beach, FL

Hiring Lab    Career Advice    Browse Jobs    Browse Companies    Salaries    Find Certifications    Browse Schools

Indeed Events    Work at Indeed    Countries    About    Help Center

EXHIBIT A

© 2022 Indeed    Do Not Sell My Personal Information    Accessibility at Indeed    Privacy Center    Cookies    Privacy

Terms