# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **JOSE J. AYALA, JR. and** | ) |
| **JEFF SANTOS on behalf** | ) |
| **of themselves and** | ) |
| **as representative of** | ) |
| **other class members** | ) |
| **similarly situated,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 6:20-cv-01625-RBD-GJK** |
| | ) |
| **NISSAN NORTH AMERICA,** | ) |
| **INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DECLARATION OF DALE SONNENBERG

I, Dale Sonnenberg, hereby state and declare as follows:

1.     I am over twenty-one (21) years of age. I have personal knowledge and am competent to testify as to the facts stated in this Declaration. If called and sworn as a witness, I would testify to these facts. I understand that this Declaration may be used for a variety of purposes in litigation.

2.     I currently hold the position of Senior Manager, Technical Training Operations for Nissan North America, Inc. ("Nissan"). I have held this position for more than 5 years. Based on my experience, I have personal knowledge of the training and certifications Nissan offers to its independent dealerships' service technicians.

3.     Independent Dealerships perform maintenance and repair work for customers'
automobiles covered by Nissan warranties.  Nissan compensates its independent dealerships for
performing warranty work.

4.     Because Nissan ultimately is responsible for its warranties, for an independent
dealership to receive compensation from Nissan for warranty work, Nissan requires that the service
technician who performs the warranty work have the certification required to perform the work.
The vast majority of warranty work requires only a basic certification, which consists of
approximately seven and a half (7.5) hours of online courses.

5.     More specialized warranty work, such as work on transmissions or high voltage
electrical systems, requires additional training and certifications, including hands-on training at a
Nissan training center.  Because Nissan ultimately is responsible for its warranties, for an
independent dealership to receive compensation, the service technicians who performs this work
must have the required certification.  Nissan requires additional certifications for this advanced
work because these repairs are highly specialized and must be performed in accordance with
manufacturer's standards to ensure the repairs are completed properly.  The certifications relate to
technical know-how and not to the terms and conditions of employment.

6.     Nissan also provides additional training resources, including online videos, job
aids, and other reference materials, for service technicians to improve their skills on Nissan
vehicles.  As the manufacturer, Nissan has developed best practices for maintaining and servicing
its automobiles.  The resources Nissan provides help service technicians perform repair work more
efficiently and to manufacturer's specifications.  These additional resources are optional as far as
Nissan is concerned.  Independent dealerships, however, can require their service technicians to

2

take certain training courses, and service technicians also can decide for themselves to obtain additional training beyond what is required for certification.

7.      Because Nissan does not employ or otherwise control its independent dealerships' service technicians, all of the training Nissan provides is optional.  Nissan requires certain certifications for independent dealerships to receive payment for warranty work.  Nissan, however, does not require independent dealerships to employ only service technicians who are Nissan-certified.      Independent dealerships make their own hiring decisions without any involvement from Nissan.  Independent dealerships can and do employ service technicians who do not have any Nissan certifications.  Independent dealerships also perform a substantial amount of non-warranty, or customer-paid, work, including on automobiles from other manufacturers, for which Nissan does not compensate the independent dealership and which therefore does not require any Nissan training or certification.

8.      Each independent dealership decides whether and which service technicians it employs receive Nissan training and certification.  When an independent dealership decides that a particular service technician needs to become Nissan-certified, the independent dealership enrolls the service technician through a self-enrollment process on NNA.net.  When a Nissan-certified service technician leaves an independent dealership's employ, the independent dealership is responsible for updating that service technician's status on NNA.net.  Independent dealerships, however, often fail to do so.  Nissan does not maintain any training or other records about service technicians whom the independent dealerships never enrolled in NNA.net.

3

Executed on this __19__ day of January, 2022.

_____
DALE SONNENBERG