## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSE J. AYALA, JR. and JEFF
SANTOS on behalf of themselves
and as representative of other class
members similarly situated,**

        **Plaintiffs,**

**v.**                                **Case No.:  6:20-cv-01625-Orl-RBD-GJK**

**NISSAN NORTH AMERICA, INC.**

        **Defendant.**

_____/

## DECLARATION OF U.S. MARINE

I, U.S. MARINE,  verify the following under 28 U.S.C. § 1746, and under the penalty of perjury:

1.     I am over the age of 18 and competent to give this declaration.

2.     The facts set forth in this Declaration are true and correct.  Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

3.     My name is U.S. Marine. I am currently employed as the General Manager for Sutherlin Nissan Orlando, Inc., and have been so employed since 2011.  As part of my job duties, I am familiar with the operations of the dealership, including its financial statements, sales revenue, and annual dollar volume from sales made or business done.  Sutherlin Nissan Orlando, Inc., is an authorized Nissan new and used automobile dealer and automobile repair business with a facility located at 8125 E. Colonial Drive, Orlando, FL 32817.  Sutherlin Nissan Orlando, Inc., is not owned, in whole or in part, by Nissan North America, Inc., but is instead an

independently owned and operated business.

4.      Sutherlin Nissan Orlando, Inc., does not manufacture any products, including automobiles or other goods.  Sutherlin Nissan Orlando, Inc., is primarily engaged in selling automobiles to consumers. Indeed, for each year during the period of 2017-2021, Sutherlin Nissan Orlando, Inc., derived more than 50% of its annual dollar volume of sales made or business done from the sale of automobiles to consumers.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 31st day of March, 2022.

_____
U.S. Marine