UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE J. AYALA, JR. and )
JEFF SANTOS on behalf )
of themselves and )
as representative of )
other class members )
similarly situated, )
                               )
      Plaintiff, )
                               )
v. ) Case No. 6:20-cv-01625-RBD-GJK
                               )
NISSAN NORTH AMERICA, )
INC. )
                               )
     Defendant. )

## SECOND DECLARATION OF ELTON PRIDE

I, Elton Pride, hereby state and declare as follows:

    1.    I am over twenty-one (21) years of age. I have personal knowledge and am competent to testify as to the facts stated in this Declaration. If called and sworn as a witness, I would testify to these facts. I understand that this Declaration may be used for a variety of purposes in litigation.

    2.    I have worked for Nissan North America, Inc. ("Nissan") since approximately June 2016. Until approximately March 2019, I worked as a Regional Service Development Manager. I currently hold the position of Senior Fixed Operations Manager. As a Senior Fixed Operations Manager, I consult with independent dealerships in the Orlando, Florida area to help them increase their

sales and service business. My district includes thirteen (13) independent dealerships, including the four (4) dealers for which Jose J. Ayala, Jr. and Jeff Santos worked: (1) Sutherlin Nissan of Orlando, (2) Universal Nissan of Orlando, (3) Reed Nissan of Orlando, and (4) Reed Nissan of Clermont. The dealerships are nonmanufacturing establishments. They do not manufacture any products, including automobiles or other goods.

3. In my position as Senior Fixed Operations Manager, I am familiar with, and have access to, the annual financial statements for the independent dealerships in my district, including all four dealerships for which Jose J. Ayala, Jr. and Jeff Santos worked from 2017 – 2021.

4. Pursuant to the Dealer Sales and Service Agreements between Nissan and the dealers in my district, the dealerships provide Nissan with their annual financial statements. These financial statements set forth, among other things, the revenues for each dealership's lines of business. In preparation for completing this Declaration, I reviewed Reed Nissan of Orlando's financial statements for the years 2017 – 2021; Reed Nissan of Clermont's financial statements for the years 2017 – 2021; and Universal Nissan of Orland's financial statements for the years 2017 - 2021.

5. For each year 2017 – 2021, more than fifty percent (50%) of Reed Nissan of Orlando's volume of sales or business done came from the sales of automobiles. In other words, the majority of Reed Nissan of Orlando's annual

business was attributable to revenue from the sale of automobiles and not to any of its other lines of business.

6. For each year 2017 – 2021, more than fifty percent (50%) of Reed Nissan of Clermont's volume of sales or business done came from the sales of automobiles. In other words, the majority of Reed Nissan of Clermont's annual business was attributable to revenue from the sale of automobiles and not to any of its other lines of business.

7. For each year 2017 – 2021, more than fifty percent (50%) of Universal Nissan of Orlando's volume of sales or business done came from the sales of automobiles. In other words, the majority of Universal Nissan of Orlando's annual business was attributable to revenue from the sale of automobiles and not to any of its other lines of business.

8. I verify under penalty of perjury and in accordance with the laws of the United States, including 28 U.S.C. § 1746, that the information provided in this Second Declaration is true and correct to the best of my knowledge.

Executed on this 5 day of April, 2022.

_____
ELTON PRIDE